**BRUNO LAW**
44 North Second Street
P.O. Box 468
Easton, PA 18044
(610) 258-4003
Attorneys for Defendant AO Industries, LLC

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SNEAKER MATCH, LLC** an Arizona Limited Liability Company, Plaintiff, v. **JOHN DOES 1-10** Defendants. v. **AO INDUSTRIES, LLC** Defendant. | Case No.: 1:20-cv-06563 **Honorable Mary M. Rowland** **Magistrate Judge Heather K. McShain** |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY/CLERK OF SAID COURT:

Kindly enter my appearance as counsel on behalf of the **Defendant, AO Industries, LLC**, in the above-captioned matter.

Respectfully submitted,

**BRUNO LAW**

BY: *s/ Alyssa M. Bruno*
ALYSSA M. BRUNO, ESQ.
44 North 2nd Street – P.O. Box 468
Easton, PA 18044-0468
(610) 258-4003 telephone
(610) 258-1943 facsimile
abruno@brunolawfirm.com
Attorney for Defendant AO Industries, LLC

DATED: December 16, 2020