**BRUNO LAW**
44 North Second Street
P.O. Box 468
Easton, PA 18044
(610) 258-4003
Attorneys for Defendant AO Industries, LLC

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SNEAKER MATCH, LLC** an Arizona Limited Liability Company  Plaintiff, v. **JOHN DOES 1-10** Defendants. v. **AO INDUSTRIES, LLC** Defendant. | Case No.: 1:20-cv-06563  **Honorable Mary M. Rowland** **Magistrate Judge Heather K. McShain** |

### DEFENDANT AO INDUSTRIES, LLC'S PETITION TO DISSOLVE AND TERMINATE THE PRELIMINARY INJUNCTION

Defendant, AO Industries, LLC ("AO Industries"), by and through its counsel, Bruno Law, hereby files the following Petition to Dissolve the Preliminary Injunction and moves this Honorable Court to dissolve and terminate the Preliminary Injunction entered on December 3, 2020 as it relates to Defendant AO Industries and to order that Defendant AO Industries shall receive all monies (of at least $10,000.00) secured by a bond, which amount was previously determined by this Court to be adequate for the payment of such damages any person may be entitled to recover for the wrongful restraint under the Orders.

In support of its Petition, Defendant AO Industries files herewith its attached Memorandum of Law in Support of the Petition to Dissolve the Preliminary Injunction, Proposed Order, and a Certification of Austina Giamber, owner of Defendant AO Industries.

        Respectfully submitted,

        **BRUNO LAW**

BY:    *s/ Alyssa M. Bruno*
        ALYSSA M. BRUNO, ESQ.
        44 North 2nd Street – P.O. Box 468
        Easton, PA 18044-0468
        (610) 258-4003 telephone
        (610) 258-1943 facsimile
        abruno@brunolawfirm.com
        Attorney for Defendant AO Industries, LLC

DATED: December 16, 2020