**BRUNO LAW**
44 North Second Street
P.O. Box 468
Easton, PA 18044
(610) 258-4003
Attorneys for Defendant AO Industries, LLC

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SNEAKER MATCH, LLC**<br>an Arizona Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>**JOHN DOES 1-10**<br><br>Defendants.<br><br>v.<br><br>**AO INDUSTRIES, LLC**<br><br>Defendant. | Case No.: 1:20-cv-06563<br><br>**Honorable Mary M. Rowland**<br><br>**Magistrate Judge Heather K. McShain** |

**CERTIFICATION OF AUSTINA GIAMBER**

I, **AUSTINA GIAMBER,** on behalf AO Industries, LLC, the undersigned, having read the Answer to the Amended Complaint, Defendant AO Industries, LLC's Petition to Dissolve Preliminary Injunction, and Defendant AO Industries, LLC's Memorandum of Law in Support of Its Petition to Dissolve the Preliminary Injunction, verifies that the within pleadings are based on information furnished to counsel, which information has been gathered by counsel in the course of this lawsuit. The language of the pleadings is that of counsel and not of signer. Signer verifies that she has read the within pleadings and that they are true and correct to the best of signer's knowledge, information and belief. To the extent that the content of the pleading is that

of counsel, verifier has relied upon counsel in taking this Certification. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: _____
     Austina Giamber

DATED: December 16, 2020