**BRUNO LAW**
44 North Second Street
P.O. Box 468
Easton, PA 18044
(610) 258-4003
Attorneys for Defendant AO Industries, LLC

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SNEAKER MATCH, LLC** : <br> an Arizona Limited Liability Company : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **JOHN DOES 1-10** : <br> : <br> Defendants. : <br> : <br> v. : <br> : <br> **AO INDUSTRIES, LLC** : <br> : <br> : <br> Defendant. : | Case No.: 1:20-cv-06563 <br><br> **Honorable Mary M. Rowland** <br><br> **Magistrate Judge Heather K. McShain** |

## PROPOSED ORDER DISSOLVING AND TERMINATING THE PRELIMINARY INJUNCTION AGAINST DEFENDANT AO INDUSTRIES, LLC

THIS CAUSE being before the Court on Defendant AO Industries' ("AO Industries") Petition to Dissolve and Terminate the Preliminary Injunction as to Defendant AO Industries, and this Court having heard the evidence before it hereby GRANTS Defendant AO Industries' Petition in its entirety against Plaintiff Sneaker Match, LLC.

THIS COURT HEREBY finds that the Preliminary Injunction entered on December 3, 2020 was wrongfully entered against Defendant AO Industries and it should be dissolved and terminated in its entirety as to Defendant AO Industries accordingly.

THIS COURT FURTHER FINDS that because Defendant AO Industries was wrongfully enjoined under the *Ex Parte* Temporary Restraining Order and under the December 3, 2020 Preliminary Injunction, it shall hereby receive all monies secured by the bond in the sum of _____ (at least $10,000.00), which sum reflects the adequate payment to Defendant AO Industries for its wrongful restraint under the Orders.

Dated:                                                   IT IS SO ORDERED

_____
HON.