## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and the same is available for downloading and viewing via the ECF for the United States District Court for the Northern District of Illinois on this 16th day of December, 2020.

                                                Respectfully submitted,

                                                **BRUNO LAW**

                            BY:    *s/ Alyssa M. Bruno*
                                                ALYSSA M. BRUNO, ESQ.
                                                44 North 2nd Street – P.O. Box 468
                                                Easton, PA 18044-0468
                                                (610) 258-4003 telephone
                                                (610) 258-1943 facsimile
                                                abruno@brunolawfirm.com
                                                Attorney for Defendant AO Industries, LLC

DATED: December 16, 2020