**SNEAKER NEWS**

News   Where To Buy   Jordan Release Dates   Yeezy Release Dates   Sneaker Release Dates        



# Sean Wotherspoon And Nike Are Releasing Matching Hats And Tees



ADVERTISEMENT

As the release of Nike and Sean Wotherspoon's highly-anticipated corduroy Air Max 97/1 hybrid draws closer, Nike has officially unveiled matching apparel for the sneaker. Previewed heavily by Wotherspoon himself on his Instagram, the apparel capsule consists of a two pieces: a colorful 6-panel corduroy hat adorned a swoosh on each panel and an VA>LA hit on the hat's strap to match the heel tab of the shoes. The second piece is a white tee shirt featuring Nike logos that match the shoe's colorway around the bottom hem. Both the shirt and the hat have appeared on Nike's website with a "coming soon" tab, as there is no official release date yet.

**Nike x Sean Wotherspoon Hat**
**Coming Soon To nike.com**
**$30**
Style Code: AT8929-433



ADVERTISEMENT

**Nike x Sean Wotherspoon T-Shirt**
**Coming Soon To nike.com**
$35





ADVERTISEMENT



Shop Now




**Dec 17**
Nike Air Presto "Origins"


**Dec 18**
Air Jordan 5 Low G


**Dec 21**
Nike Blazer Mid '77

## Popular Stories


Air Jordan Retro Preview For 2021


Nike Is Officially Bringing Back The Kobe 6 Protro "Grinch"


Air Jordan Retro Preview For 2020


adidas Yeezy Release Preview For 2020


The Sean Cliver x Nike SB Dunk Low "Holiday Special" Is Releasing In Full Family Sizes


The Nike Air Max 95 OG "Neon" Is Releasing In Full Family Sizes

## Recent Stories



One Block Down Reflects Italy's Impact On New Balance Sub-culture With The 991 And 1500 In "Marble Grey"

4 / 5   8 mins   0   by Sneaker News



The Nike Air Max 95 OG "Neon" Releases Tomorrow

5 / 5   38 mins   0   by Jovani Hernandez



Undefeated Revisits Its Celebrated Nike Air Max 97 From 2017 With Updated Colorways

5 / 5   2 hours   0   by Sneaker News

MORE



Contact     Advertise     Careers     Privacy     © 2007-2020 Sneaker News Inc    Powered by **WordPress.com VIP**

    

# The 7 BEST Tips When Matching Sneakers To Your Outfit (IN 2020!)

Share     Tweet     2



Hey everyone, what is going on! It's Nigel here with Honest Soles and this week I'm back with another sneaker guide just for you! Today, we will be covering the 7 best tips when matching sneakers to your outfit.

It goes without saying that your dressing is never complete without the appropriate shoes. Fashion is now so broad that you do not just pick an outfit and pick a footwear whose color matches the color of the outfit, as was previously done when fashion wasn't what it is today.

There are also countless choices to footwear now and isn't just slippers, sandals, and shoes. Now, we have boots, sneakers, trainers and the likes.

With such big changes in fashion over the years, I know how hard it is to come up with the perfect match for your sneakers and outfit, which is what today's guide is to help you with!

But as much as I love sneakers, I do not dare claim I'm a fashion guru myself.

So for this week's guide, I got my friend Jay to share with you guys some of the best tips when it comes to matching sneakers to your outfit.

Now, as far as I know him, Jay has been the go-to fashion guy among my friends. And just judging from the way he dresses, I'm confident you'll benefit greatly from his sneaker and outfit styling tips today.

Don't worry, you are in good hands!

So without further ado, here's Jay with his TOP 7 BEST TIPS when matching sneakers to your outfit.



Hi guys it's Jay here and I'm happy to be helping Nigel with this week's sneaker guide.

Being a fashion guru myself, I just hate it when I see people dressing all wrong.

So today, I'm going to put a stop to all that in this article by imbibing in everyone – sneakerheads or not – how to style outfits with sneakers, how to choose the best outfits with sneakers,  and finally, what to wear with sneakers and what not to wear.

Here we go…

Let The Occasion Set The Tone For You

Sporting Events Demands Something Sporty

Simplicity Is King

Match Your Sneakers With The Right Pair Of Trousers

Know When To Match Socks With Sneakers

Don't Overshadow Your Sneakers

Traditional / Cultural Outfits With Sneakers Match

Final Words When Matching Sneakers To Your Outfit

## Let The Occasion Set The Tone For You



Well, if this is not important, then I do not know what is.

You are dressing up, not just to sit at home and take pictures.

When you wear sneakers, you are obviously dressing to go for an occasion. Therefore, your occasion should set the tone for you on how to style your outfit with the pair of sneakers.

For instance, if you are going to a mini birthday party and you decide to wear an extravagant pair of sneakers, you'll get to the party and discover you are the clown they have been waiting years for.

Simply put, simple occasions require something simple. We'll touch more on this later on…

On the other hand, if it's a wedding party and you put on a luxurious pair of sneakers, you'd blend in just fine and might just make the groom look bad.

*My favorite luxury sneakers are still the ones by* Common Project. *They just look so amazing and are relatively affordable compared to other luxury sneakers too!*

## Sporting Events Demands Something Sporty



Since we're at the topic of choosing the right sneaker for the right occasion, I just have to focus more on sporting events considering I'm a big fan myself.

When I go for sports events, I scan people a lot, and most of the time, I just end up getting disappointed.

Imagine seeing a pair of retro or luxury sneakers at a sports event, on the feet of someone partaking in the sporting activities. There is nothing more absurd!

Sports attract a lot of people, so when going for a sporting event, the best sneakers to wear are hands down lifestyle runners.

Trust me; you cannot go wrong with them. It works every single time and they make for the best outfit and sneakers match.

*Check out some of Honest Soles recommended Lifestyle Runners!*

# Simplicity Is King



Fundamentally, sneakers are designed not just to appear cute and exquisite, but also to be compliant, that is, to obey the tone of the wearer. Which means that anyhow you wear them, they will always come out cool, clean, and sweet.

However, whether they appear a good sneaker match with your outfit depends solely on you.

For a simple event or gathering, the last thing you want to do is combine a load of outfits with your sneakers.

Unfortunately, the mistake people make is combining a lot of outfits on a pair of sneakers, which not only creates an outfit-sneakers mismatch, but also sets the tone for a shouty appearance.

Hence, JUST THINK SIMPLE!

For the ladies, a short gown with a pair of sneakers makes for the best dress with sneakers. For the guys, you can just wear a simple basic or polo T-shirt, a nice pair of trousers with a pair of sneakers, and you're good to go.

Simple as that, and you still look amazing.

Of course, there are other more complicated styles to go for that works too. But keeping it simple is the easiest way when it comes to matching sneakers to your outfit.

*Recommended Reading: You'll also wanna make sure you keep your sneakers looking fresh! Check out the [Honest Soles Ultimate Shoe Care Guide!](#)*

## Match Your Sneakers With The Right Pair Of Trousers



Now that we mention trousers in the previous point, this is another important tip when matching sneakers with your outfit.

Regardless of where you're headed or what time of the year it is, there is always the right type of sneakers to rock with a particular type of trousers.

Unfortunately, people still find it easy wearing the right pair of sneakers with the wrong pair of trousers or wearing the right pair of trousers with the wrong pair of sneakers.

Either way, the main thing here to look out for is the **cuff width**.

Do not wear a trouser whose base is way wider than your sneakers, thereby concealing your sneakers and looking like a clown. Also, do not wear a trouser whose base is too tiny for your sneakers type.

Basically, make sure your trouser has the perfect base for your sneakers.

Straight leg trousers work amazingly with chunky sneakers. Here's an example for you!

As for sneakers that hug your feet, you should wear a slim-fit trouser or use pinroll like the example here!

This would go a very long way in telling people how fashionable you are and also giving you the best outfit and sneakers match.

## Know When To Match Socks With Sneakers



Should you wear socks with your sneakers?

Unfortunately, many of us are on this table when it comes to deciding whether or not to match socks with sneakers.

Even though I still cannot pin my head around the source of the belief that one must always wear socks with sneakers, it has come to be a general consensus amongst most sneakerheads that a pair of socks is needed to complete your outfit.

But what many fail to grasp is that there are some sneakers yearning for socks to compliment them, while there are several others that simply don't style up well with socks.

Besides, it actually is **not compulsory** to wear socks with your sneakers all the time

But if you decide to wear one, then you need to make sure that your taste and sense for color is at the level required, as the right pair of socks must match your outfit and sneakers.

Or else, it would be a huge disaster.

By and large, it is not always mandatory to wear socks with every sneaker you've got, but if you can wear it correctly, you would add an extra touch of finesse to your dressing, giving you the best outfit with sneakers match.

My favorite socks are from Stance as they not only offer amazing designs but are really comfortable to the feet too! You can check some of the designs here…

## Don't Overshadow Your Sneakers



Just like choosing the perfect socks, you should know the perfect shirt or trousers with your sneakers so you bring out the best in your sneakers, and not overshadow them.

This point applies specifically when you are **wearing sneakers that have extravagant colorways or designs**. These sneakers are made to stand out and catch people's eye, so don't go doing the opposite.

The easiest way to avoid this is to stick to duller colors and simple designs. You'll definitely want to avoid outfits with extensive graphics and bright appealing colors.

It is only after you do this can you begin to bring out the best in your sneakers, and achieve the perfect sneaker outfit match.

## Traditional / Cultural Outfits With Sneakers Match



Before we begin on this point, should we even wear such outfits with sneakers? Is it fashionable?

This is a big question that has puzzled the mind of several people for the number of decades that sneakers have been in existence.

Well, in my opinion, after a couple of research and a lot of thinking, I think you actually can if you can rock it perfectly.

This is where the issue comes in.

Not everyone can rock it.

Rocking it depends on the kind of person, their body frame, and oh well, their swag. By swag, I mean the way you carry yourself.

The best tip I can give here is complementing them well. Most traditional or cultural outfits have extravagant designs so I would recommend going with a simple clean sneaker that isn't too flashy.

Opposite to the point on overshadowing your sneakers, here you want to bring out the best in your clothing so keep your sneakers really simple.

To help you further, I would recommend googling for images of people who have rocked native or traditional attires with sneakers. Then copy their style and try it on.

If it works for you, Bingo! But if it does not, then just ignore it and look for other outfits to combine with your sneakers. After all, fashion sometimes can be a combination of imperfect outfits to make the perfect match.

## Final Words When Matching Sneakers To Your Outfit



Conclusively, you should know that the way you dress says a whole lot about you and the kind of person you are.

That wise saying, "The way you dress is the way you will be addressed" is nothing short of perfection.

If you dress like a rockstar, you'll be given credit and addressed as such. If you dress like you are coming to steal the spotlight, you'll also be given credit and addressed as such!

But if you decide to dress shabbily or haphazardly, you would be given credit for making a mockery of fashion.

Like I said earlier, sneakers are an integral part dressing. So if you really love sneakers, be sure to know how to wear them appropriately, so you get the credit you deserve, and probably be the next fashion icon among your friends.

I'm Jay, thank's for reading and peace.

And that concludes our sneaker guide for this week!

Greatly appreciate Jay for sharing with us his tips on matching sneakers to your outfit today!

I hope you've benefited from today's sneaker guide in one way or another, and if you do remember to share it around!

As usual, lets share the sneaker passion from one sole to another…

It's Nigel here and I'll see you soon!

Recommended Reading: Check out some of the BEST GIFTS you can get for sneaker lovers RIGHT NOW!

Disclosure: some of the links within the article are affiliate links, meaning that I may earn a commission when you purchase through them, without adding any additional cost to you. This does not affect my review/judgement in any way and I only share my most sincere and professional views when reviewing products to help you make the best choice in your purchases.

Share        Tweet            2

**You may also like:**



Adidas Continental 80 - HONEST
Sneaker Review

In "Reviews"



15 BEST Gifts For Sneakerheads
(IN 2020!)

In "Blog"



TOP 5 BEST Adidas Shoes You
Can Buy RIGHT NOW

In "Blog"

Copyright © 2020 · Genesis Sample on Genesis Framework · WordPress · Log in

 sneaker_addict._ • **Follow**          •••



♡  ⬭  ◁                                    ⛉

**21 likes**

**sneaker_addict._** #Jordan #jordan1 #jordanretro1 #fit #outfit #sneaker #nike #nike #sneakers #trainers #girlsonkicks #hypebae #sneakermatch #nicekicks #kicksonfire #sneakeraddict #trainersddict #sneakerhead #sneakercollection #trainercollection #size5.5 #size6 #explorepage

**c.p.meredith** Love these!! Such a great pair!      ♡

**sneaker_addict._** @c.p.meredith      ♡



42 likes

**makobi.usa** Makobi Static Jacquard Tee on the New Arrivals. Which Shoe would you match with each piece? 👟




#makobiusa #makobijeansusa #bigandtall #bigandtallfashion #hypetee #urbanwear #firetee #newarrivals #streetwear #streetstyle #driptoohard #majordrip #drip #sneakermatch #airjordan



## TESTIMONIALS



The BEST Sneaker Tees in the game. I love their themes and designs without all the cartoonish graphics.

— Terry S.

## FIRE RED 4 SHIRTS

**Cookie notice** 🍪 We use cookies to ensure you get the best experience on our website.

OK

  

 Etsy › market › sneaker_match_tees

## Sneaker match tees | Etsy



Check out our sneaker match tees selection for the very best in unique or custom, handmade pieces from our clothing shops.

 illCurrency

## Shirts to match Jordans, Adidas and Nikes | illCurrency – illCurrency Sneaker ...





🔍 🔒 matching tees to sneakers

## Shoes | Sneakershirts.com

Sneaker tees shirts match Jordan retro shoes. Matching sneaker tee and shirts. Foamposite matching sneaker shirts foams. T-shirts match shoes yeezy sneaker ...



 Bird Club Clothing 

## Sneaker Tees to match Air Jordan sneakers



The Best Sneaker Tees to match Air Jordan sneakers online. Shop to match sneakers such as Air Jordans, Foams, Yeezy's and Air Max running ...

**Ad** · www.matchthekicks.com/ 

## Sneaker Shirts, Tees & Apparel to match Jordans | Match The Kicks

MTK Carries Sneaker Matching T-Shirts for the newest Jordan, Yeezy Releases. Level up your fit game and match the newest shoe releases with our sneaker matching tees.

Bel Air 5 Collection     Biohack 1 Collection     Oregon 5 C



## Crazy
### Chill Will

Featuring Migos
Album Streets on Lock 3

👁 1  🖒 22.7



[Hook – Chill Will]
Shirt match the belt match the shoes, that's crazy
Dumping kush ashes on the floor, I'm lazy
Sipping on the lean, got me looking kind of crazy
Nigga talking down but it really don't faze me
Imma hit her quick before she start acting crazy
Rims on the tires got my car driving crazy
Ice around my neck got your girl looking crazy
Chilling with some chicks screaming fuck you, pay me

[Verse 1 – Chill Will]
Half a million dollars worth of twenties, that's crazy
20 squares on the back seat, I'm crazy
Riding down 20, never see the speed limit nigga
No this ain't a gimmick, quarter million for my image nigga
Pausing for the fans on my way, that's crazy
Designer frames hanging off my face, I'm shady
Shawty got an ass on her and it's crazy
But she say she got an old man and me crazy
I'm moving the white girl, I'm driving Mrs. Daisy
Nigga play with me, he gon be pushing on daisies

**SONG STORY**

### Migos
Since bursting on the scene in 2013, Migos has changed the sound of rap.

▶ WATCH THE STORY

Ask us a question about this song

Sign Up to Start Annotating

🖊 1 VIEWING          👥 1 CONTRIBUTOR
Ask a question          ✏ Rap

Migos

HP ENVY
with HP Smart App
⊠ ✕
Learn more

Crazy (feat. Migos)
Chill Will
◄  ▶  0:00 ●——————— -4:50  🎵 Music

🔍 Type here to search

Nigga play with me, he gon' be pushing on daisies
I'm tryna fuck today, girl I'm kinda impatient
But if she say she love me imma drive that bitch crazy

[Hook]

Ads by Google
Send feedback
Why this ad? ⓘ

[Verse 2 – Takeoff]
Shades, they matching the shirt
The shirt, it's matching my shoes
Let's get out my jewels!
Water my diamonds ain't talking bout pool
Versace, Medusa, your face is fool
Robin my denim, religion is true
I got the hook up like I'm black and blue
Sick with the wrist, like I got the flu



"CRAZY" TRACK INFO

Written By    Chill Will, Quavo & Takeoff

Release Date    April 20, 2014

MUSIC VIDEO

**Streets on Lock 3** (2014)
Migos & Rich the Kid

1. Why You Mad
2. Who The Hell
3. Famous
4. You A Foo
5. Fuck Gone Missing
6. Trap
7. In Too Deep
8. Rich Nigga Shit
9. Fucked Up The Kitchen (Remix)
10. Dr Dolittle
11. Made It (Streets On Lock 3)
12. Finally Rich

15. Phone Line
16. Switch-A-Roo
17. Facts
18. Ping Pong
19. Cfenisfer
20. Came In
21. Pussy Ass Bitch (Freestyle)
22. Foreal
23. Make It Work (Remix)
24. How Fast Can You Count It?
25. Crazy
26. Jumpin Like Jordan



Sick with the wrist, like I got the flu
Red bottom my shoe, but I ain't Piru
Calling up Chill, we taking them trips
To Beverly Hills to pick up them H's
Fuck your main bitch and I put her on film
Yao Ming bricks, clientele at the gym
Selling that white got me M&Ms
OG gas bag in the MCM
Keep the big chunk, keep FaN$
Bad ass bitch, she come from Berlin
What's crazy, I came a long way from Old Navy
Versace, Versace, we made it
Mama she told me that we gon be hated and we gon be famous
And that we the greatest
The shades is matching the belt, the belt is matching the shoes
They tell me it's crazy, I know that they hate it
I pull up Mercedes, I just left the bando from whipping the babies
(That's Crazy)

[Hook]

[Verse 3 – Quavo]
Young rich nigga, so you know my pocket crazy

Ad5 by Google

Send feedback

Why this ad? ⓘ

Lock 3)
12. Finally Rich
13. Island
14. 3 Mics

25. Crazy
26. Jumpin Like Jordan
    (KickBaux x Riot
    Ten Remix)

Crazy (feat. Migos)
Chill Will

◀    0:00 ●━━━━━━━━━━ 4:30    **Music**

Young rich nigga, so you know my pocket crazy
Me and Chill Will man, we go crazy with them babies
I look in my pocket, I'm seeing them Benjamin Franklins
I'm taking your bitch, smash, smash, smash
While you out there buying her ankles
Riding with 6 niggas, 6 pistols, get your issue
Blowing on green like a whistle, put the scope on these fuck
niggas
Which way did he go, trap in the rain sleet or snow, the feds ain't
ever gon know
I got the dope, crazy remix it with soap, crazy remix it with soap
I keep the white like the pope, your bitch she cooking the coke
They wrap it and pack it, I pack it and ship it
My dope is so crazy, my dope is exquisite
I'm teaching you lessons so listen
Your bitch ought to stay in the kitchen
Beat the pots and the pans and the dishes
I'm a chemist (That's crazy)

[Hook]

[f] [t]

↑ Embed

MORE ON GENIUS



Should Stealing Flows Matter in Hip-Hop?

How Migos & Drake's "Walk It Talk It" Pays Homage
To 'Soul Train'

How Gucci Mane's "I Get The Bag" & Migos'
"Slippery" Are Basically The Same Song

Crazy feat. Migo...
Chill Will

0:00                                    4:30    🎵 Music





GENIUS

LYRIC REELS    HOME STUDIO    GENIUS LIVE    |    FEATURED    |    CHARTS    VIDEOS    COMMUNITY    |    SHOP    |    f    y    @    D    SIGN UP  SIGN IN

## Attention
### Rich Brian

Featuring Offset
Produced by Austin Powerz, Cubeatz, OZ & 1 more
more
Album Amen

ARTIST'S DESCRIPTION

[Chorus: Rich Brian]
Pull a milli in a day, ain't even have the goddamn bill
On your pill, everyday I just be sippin' Chamomile
Mass appeal, everybody show up 'cause they know I'm here
Every week, I be on the face, she think it's Cetaphil
Up in my business, pull up in my bitch crib
I got people locked and loaded like they trained for ISIS
Askin' for forgiveness, I never said you have it
Pullin' all these dimes like, do you really want attention?

[Verse 1: Rich Brian]
Photo shoot the second I go out
Catch me chillin' with Offset in a lulu
You gotta give a resume so I can see what you're about
Fuck your Snapchat, fuck your camera
I need space like astronaut
Please don't make me pull up on you
Like Tom Sawyer, like to get right to the point
And my sneakers match my sweater, I got hella sauce like soy
Like my dad, I'm the man, don't wanna see me mad

🎵 Abema.net Oh...    ▼    0:00    ●————————————— 2:11    ♪Music

⚠ This song bio is unreviewed

🏷 @rapgoshat    1 year ago

This song is about success, and the attention that it
brings. He begins with referring to his Dat Stick,
which shot him to success. He may not be used to
this much attention, but he is here to stay and his
boys have his back.

👍 Upvote  +19  🗨    |    👍    ☆    ⬆ Share    ⋯

Ask us a question about this song

⏱ 1 VIEWING
👁 715,559 VIEWS    👥 65 CONTRIBUTORS    🏷 Trap, Rap

"ATTENTION" TRACK INFO

Written By    Brian, Austin Powerz, OZ & 4 more
Copyright ℗    EMPIRE & Rhyming
Phonographic    EMPIRE & Rhyming
Copyright ©
Distributor    EMPIRE & Rhyming

The " BEST Tips When Matching. x | G Rich Brian - Attention lyrics | G... x | +

C | https://genius.com/Rich-brian-attention-lyrics

And my sneakers match my sweater, I got hella sauce like soy
Like my dad, I'm the man, don't wanna see me mad
What you doin'? Is you lost? Go ahead and call a cab, ayy
Yesterday my mother called me, she told me that she be worried
'Bout my food and what I eatin', I tell her it's calamari
Dussie when I got no plans, sippin' on it after dinner
You say you hang with the man, I see him when I'm in the mirror

[Chorus: Rich Brian]
Pull a mill' in a day, ain't even have the goddamn bill

On your pill, everyday I just be sippin' Chamomile
Mass appeal, everybody show up 'cause they know I'm here
Every week, I be on the face, she think it's Cetaphil
Up in my business, pull up in my bitch crib
I got people locked and loaded like they trained for ISIS
Askin' for forgiveness, I never said you'll have it
Pullin' all these guns, but do you really want attention?

[Verse 2: Offset]
Diamonds on my wrist got her attention (hey)
When I pulled up in that drop top, Fonzworth Bentley (skrrt)
I heard your main bitch, she got me in her mentions (hey)
I am a Martian, I am not from this dimension (no)
All of this water drippin' on my Paddy, like I rinsed it (drip)
Fuck on your daughter, I won't text a bet, she in detention
Drip drop, Gucci socks, bought my bitch Givenchy (hey)
Your tick tock, Rolex watch, plain Jane, keepin' it simple (plain)
Young rich nigga, in the trap with rich niggas
Ain't goin' for a bitch nigga, choppa flip niggas (skrrt)
On my way up to eight figures, I don't need nigga
No police, my neck on freeze, my dog breed kills

[Chorus: Rich Brian]
Pull a mill' in a day, ain't even have the goddamn bill



MUSIC VIDEO



Amen (2018)
Rich Brian

1. Amen
2. Cool
3. Occupied
4. Introvert
5. Attention
6. Glow Like Dat
7. Trespass

8. Flight
9. See Me
10. Enemies
11. Kitty
12. Little Prince
13. Chaos
14. Arizona



NBA 2K19 Soundtrack (2018)
2K Sports

Distributed by     EMPIRE, & 88rising

Performance     UMPG (PRO), UNI-3, ASCAP
Rights

Publisher     Kevin Kusatsu, Song Place
              Entertainment, Sony/ATV Tunes & ...
              more

Label           Empire, & 88rising

Release Date    February 2, 2018

The 7 BEST Tips When Watching ×  |  Rich Brian – Attention Lyrics | G... ×  |  +

https://genius.com/Rich-brian-attention-lyrics

[Chorus: Rich Brian]
Pull a niff in a day, ain't even have the goddamn bill
On your pill, everyday I just be sippin' Chamomile
Mass appeal, everybody show up 'cause they know I'm here
Every week, I be on the face, she think it's Cetaphil
Up in my business, pull up in my bitch crib
I got people locked and loaded like they trained for ISIS
Askin' for forgiveness, I never said you'll have it
Pullin' all these guns, but do you really want attention?

f  𝕏

↑ 26   Embed

MORE ON GENIUS



The Heartbreak Behind Rich Chigga's "Glow Like Dat"

Rich Brian Breaks Down "Amen" On Genius' Video Series 'Verified'

Rich Brian Breaks Down "Cold" On Genius' Video Series 'Verified'

Rich Brian Embraces The Pressure Of Representing Asian Culture On "Amen"

Add a comment

M.I5T.A ⊿ 28                                              5 years ago

Man that chorus got me rockin

♡ +43  ⤶3                                                 3 years ago

● Lucca.Leonard ⊿ 142

💬 MISIA 🔺 · · ·

Man that chorus got me rockin

👍 +45 💬

3 years ago

● LucoiLeonard 🔺 · · ·

lmao Offset sounded a bit like 21 Savage at the end of his verse

👍 +29 💬

3 years ago

🔺 DoskleDock · · ·

"Young rich nigga, in the trap with rich chugga" sounds soo much better lol.

👍 +24 💬

3 years ago

🟠 CandyCoughReign 🔺 · · ·

Offset on the verse like...

3 years ago



👍 +24 💬

🟡 brotherlos 🔺 · · ·

GOD I HAVE REPLAYED THIS TEASER SO MANY TIMES, CAN'T WAIT
FOR TOMORROW. 🔥🔥🔥

Spend $69 to Unlock Free Shipping The United States



Premium Sneaker Match Clothing and Accessories

(/)

Search...

HOME (/) / AIR JORDAN 1 HIGH OG BIO HACK (/COLLECTIONS/AIR-JORDAN-1-HIGH-OG-BIO-HACK)



FOLLOW US
ON INSTAGRAM

 SHOP NOW (/collections/all)

OR

# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan

Your Price:

## $24.99 USD

Size

S　　M　　L　　XL　　2X　　3X

Quantity

−　1　+

**＋ ADD TO CART**

GUARANTEED SAFE CHECKOUT

     

Privacy · Terms



EXHIBIT
B



# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" |

**Your Price:**

## $24.99 USD

Search...

The United States GUARANTEED SAFE CHECKOUT

Premium Sneaker Match Clothing and Accessories

### Checkout Securely With

 

**VISA**   mastercard   EXPRESS

Home (/)    Shop (/collections)

**Quantity Remaining:**

**80** of **100** Sold

Order in the next 22 hours 56 minutes to get it by WED Nov 18

Only 20 left!   **3** people are viewing this, and ... recently purchased it

**3** Visitor Right Now

5 Great reasons to buy from us:

  

## 10% Off !

When you complete your order in next:

| 7 | 29 | 59 |
|---|----|----|
| Hours | minutes | seconds |

**SHOP NOW** (/collections/all)

OR

Enter coupon code **SAVE10** at the checkout

## Description

Grab an AWESOME Sneaker Match Tee that is going to make your streetwear wardrobe COMPLETE!

🎁 Product Display:

The sneakers/shoes are not included in this listing. You are purchasing the clothing/accessory with design ONLY and not the shoes. The shoes shown are sold separately and are only used for ma
Shirt to match your sneakers much easier!

📦 Delivery:

The delivery or shipping time for this item takes about 10-15 Business Days.If there are unforeseen circumstances please wait for your products to arrive or contact us.

We appreciate your patience!

📋 Product Details:

Material is 100% Preshrunk Cotton

Wash Inside-Out on cold delicate setting. For best care, allow to air dry.

True To Size Fit.

The tee is Unisex. To women and ladies, it is best to order a size down for a tighter fit.

📌 Disclaimer:

On Color: Please take note that device/computers, phone and tab screens may display different color and saturation. And that the item colors may not be as saturated in person a:

Privacy - Terms

# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack"

Premium Sneaker Match Clothing and Accessories

Search...

**Your Price:**

## $24.99 USD

Home (/)   Shop (/collections)

## Why Buy From Us

## Reviews

| Description | Shipping | Delivery & Returns | Why Buy From Us | Reviews |

Grab an AWESOME Sneaker Match Tee that is going to make your sneaker wardrobe COMPLETE!

👕 Product Display:

The sneakers/shoes are not included in this listing. You are purchasing the t-shirt to match your sneakers ONLY and not the shoes. The shoes shown are sold separately and are only to visually find the best T-Shirt to match your sneakers much easier!

📦 Delivery:

The delivery or shipping time for this item takes about 10-15 Business Days.If there are unforeseen circumstances please wait for your products to arrive or contact us.

We appreciate your patience!

Product Details:

Material is 100% Preshrunk Cotton

Wash Inside-Out on cold delicate setting. For best care, allow to air dry.

True To Size Fit.

The tee is Unisex. To women and ladies, it is best to order a size down for a tighter fit.

📌 Disclaimer:

On Color: Please take note that device/computers, phone and tab screens may display different color and saturation. And that the item colors may not be as saturated in person as

No Worries, We Got You!  The colors of graphics made on these shirts are made sure to match the sneakers as close as possible to the actual sneaker colors in production. When a available. If you receive an  item from us, before making a judgement, please wear your sneaker tee together with your sneakers or shoes and see how they absolutely match!

✅ Don't forget to add us on instagram @ truth_or_clothing

# 10% off !

When you complete your order in next:

7 Hours   29 minutes   59 seconds

SHOP NOW (/collections/all)

OR

Enter coupon code **SAVE10** at the checkout

# Related Products

Privacy · Terms



# Trap Bear Unisex Sneaker Tshirt Matches Air ...Jordan 1 Retro High OG "Bio Hack"

**Your Price:**

**$24.99**

**truthorclothing**
Premium Sneaker Match Clothing and Accessories

(/)

...arch...

Home (/)  Shop (/collections)

(/collections/air-jordan-1-high-og-bio-hack/products/astroworld-unisex-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)

ASTROWORLD Unisex TShirt Matches Air Jordan 1 Retro High OG... (/collections/air-jordan-1-high-og-bio-hack/products/astroworld-unisex-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)
$24.99 USD

(/collections/air-jordan-1-high-og-bio-hack/products/drippin-lips-unisex-tshirt-matches-air-jordan-1-high-og-bio-hack-sneaker-tee-match-tees)

Drippin Lips Unisex Tshirt Matches Air Jordan 1 High OG... (/collections/air-jordan-1-high-og-bio-hack/products/drippin-lips-unisex-tshirt-matches-air-jordan-1-high-og-bio-hack-sneaker-tee-...

(/collections/air-jordan-1-high-og-bio-hack/products/pure-black-nutrition-facts-unisex-sneaker-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)

Pure Black Nutrition Facts Unisex Sneaker TShirt Matches Air Jordan... (/collections/air-jordan-1-high-og-bio-hack/products/pure-black-nutrition-facts-unisex-sneaker-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)
$24.99 USD

(/collections/air-jordan-1-high-hack/products/blessed-unisex-snea tshirt-made-for-air-jordan-1-retro-h hack-blessings-shirt)

Blessed Unisex Sneaker M Shirt Made for Air Jorda (/collections/air-jordan-1-h bio-hack/products/blessed-sneaker-match-tshirt-made-jordan-1-retro-high-og-bio-blessings-shirt)
$24.99 USD

# 10% off !

### When you complete your order in next:

| 7 | 29 | 59 |
|---|---|---|
| Hours | minutes | seconds |

# Don't Take ...it! Here's What Our Cus

**SHOP NOW (/collections/all)**

OR

Enter coupon code **SAVE10** at the checkout

" *Everyone go out and support my people @ Truth Or Clothing* "


" *LOVED EVERY BIT OF THE SERVICE definitely recommend PLUS THE PRODUCTS WAS AS DESCRIBED*


" *Omg their w seen so far d shop absolut*

>

# Want Free Stuff?

Enter Your Email Address

*Become a Truth-Or-Clothing Insider and get 10% off your order today! Plus we'll give you exclusive access to the latest designs, giveaways, and deals!*

Privacy - Terms

# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack"



Truth Or Clothing
Premium Sneaker Match Clothing and Accessories (/)

The United States

Your Price:

**$24.99 USD**

Search...

Home (/)   Shop (/collections)

Track My Order (/pages/track-my-order)

Terms of Service (/pages/terms-of-service)

Shipping and Delivery (/pages/shipping-and-de...

FAQs & Help (/pages/faqs-help)

Payment Methods (/pages/payment-methods)

## Got a Question? Call Us

📞 **1-888-690-1733 (tel:1-888-690-1733)**

Mon-Sat 9am-6pm Eastern

# 10% off !

When you complete your order in next:

| 7 | 29 | 59 |
|---|----|----|
| Hours | minutes | seconds |

### Secure Checkout

We use encrypted SSL security to ensure that your credit card information is 100% protected.

**SHOP NOW (/collections/all)**

OR

Enter coupon code **SAVE10** at the checkout

© 2020 Truth Or Clothing (/). All rights reserved.

**f** (https://www.facebook.com/groups/shoptimized/)    **P** (https://www.pinterest.com/truthorclothing/)    **⊙** (https:

Privacy • Terms

# Etsy

≡   Search for anything    🔍

**Sign in**

🛒



## FRESH TEES TO MATCH YOUR FAVORITE KICKS



### FreshMatchTees

Fresh Designs to Match Your Favorite Kicks!

📍 Brooklyn, New York On Etsy since 2020

43 Sales

★★★★

♡ Favorite shop (5)

**SHOP OWNER**



Gabe

✉ Contact

⇅

Search items      🔍

| All55 | Sneaker Tees51 | Sneaker Hoodies4 |

**▭ Request Custom Order**

✉ Contact shop owner

43 Sales
5 Admirers
Report this shop to Etsy

**Featured items**





Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" - Nike Outfits - Sneaker Clothing - Sneakerhead Gift

**$19.99**



Got Em Unisex Sneaker Tee Matches Air Jordan 12 Retro Black University Gold

**$19.99**





NEW Stay Lit Unisex Tee Matches Air Jordan 3 "Japanese Denim" Sneakerhead TShirt

**$19.99**



Black Nutrition Facts Unisex Sneaker Tee Matches Nike Air Jordan 12 Retro Indigo

**$19.99**

**All Items**





Sneaker Addict Sneaker Match Shirt Made for Nike Air Foamposite One 96 All-Star Game Royal

**$19.99**



Sneaker Addict Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**





Number 13 Unisex Sneaker Hoodie Made to Match Air Jordan 13 Retro "Lucky Green" Sneaker Match Clothing

**$42.99**

13 people have this in their cart



Unisex Drippin Lips Drip Hoodie Made to Match Air Jordan 13 Retro "Lucky Green" Sneaker Match Clothing

**$42.99**





New Unisex Sneaker Addict Sneakers Match Hoodie Made for Air Jordan 1 Retro High OG "Bio Hack"
**$42.99**



New Trap Bear Trap Life Unisex Hoodie Made for Air Jordan 1 Retro High OG "Bio Hack" Sneaker Match
**$42.99**
5 people have this in their cart





Halloween Drip Bear Shirt, Tribute to the Spooky Holiday Match Air Jordan Retro 4 WMNS "Singles Day"
**$19.99**



Whole Nother Level Sneaker Shirt Made to Match Air Jordan 5 Retro Oregon Ducks 2020 Sneaker Tee
**$19.99**





New Unisex Stay Lit Pit Bull Sneaker Match Tee Made for Air Jordan 5 Retro Oregon Ducks, Oregon Green 2020, Sneaker Tee

**$19.99**



Drippin Lips Sneaker Match T Shirt Made for Air Jordan Retro Oregon Ducks, Oregon Green 2020, Sneaker Match Tee

**$19.99**





Trap Bear Unisex Sneaker Match Shirt Made for Air Jordan 5 Retro Oregon Ducks, Oregon Green 2020 Sneaker Tee
**$19.99**



Number 5 Sneaker Shirt Matches Air Jordan 5 Retro Oregon Ducks 2020, Oregon Green
**$19.99**





Stay Lit Pitbull Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal" Sneaker Tee

**$19.99**



Drippin Lips Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal" Sneaker Tee

**$19.99**





Got Em Unisex Sneaker Shirt Match Air Jordan 3 Retro "Varsity Royal" Sneaker Tee

**$19.99**



Number 3 Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal"

**$19.99**

5 people have this in their cart





Trap Bear Unisex Sneaker Shirt Match Air Jordan 3 Retro "Varsity Royal", Sneaker Tee

**$19.99**



Blessed Unisex Sneaker Shirt Matches Air Jordan 3 Retro Varsity Blue, Sneaker Match Tee

**$19.99**





Never Enough Sauce Sneaker Shirt Matches Air Jordan 13 Retro "Lucky Green"

**$19.99**



Sneaker Addiction Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**





New Trap Bear Trap Life Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green", T-shirt, Unisex
**$19.99**
12 people have this in their cart



Grind and Shine Unisex Sneaker Tee Matches Air Jordan 13 Retro "Lucky Green", Tee, T-Shirt, Jordan Match, Sneakerhead gift
**$19.99**





Blessed Sneaker Match T Shirt Made for Air Jordan 13 Retro "Lucky Green", Sneaker Tee, TShirt, Sneakerhead Gift

**$19.99**



New Number 13 Unisex Sneaker Match T Shirt Made for Air Jordan 12 Retro "Lucky Green" - Lucky Tee

**$19.99**

Over 20 people have this in their cart





Stay Lit Unisex Sneaker T Shirt Made to Match Air Jordan 13 Retro "Lucky Green" Custom Pit Bull Design

**$19.99**

6 people have this in their cart



Whole Nother Level Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**





Dripping Unisex Sneaker Match Tee Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**

8 people have this in their cart





New Stay Lit Sneaker Tee Matches Air Jordan 4 Retro Off White - Sail - Pit Bull

**$19.99**

Blessed Unisex Black Sneaker TShirt Matches Jordan 4 Retro Off White - Sail

**$19.99**





Ice Cream Drip Unisex Sneaker Match T Shirt Made for Air Jordan 4 Retro Off White Sail, Sneaker Tee

**$19.99**



NEW Grind Shine T Shirt Matches Air Jordan 4 Off White - Sail

**$19.99**

Drippin Lips Black Unisex Sneaker TShirt Matches Air Jordan 4 Retro Off White - Sail

**$19.99**





Blessed Unisex Sneaker TShirt Matches Air Jordan 8 South Beach

**$19.99**



Drippin Lips Unisex Tshirt Matches Air Jordan 8 Retro "South Beach" Sneaker Tee - Match Tees

**$19.99**





Sneaker Addiction Pill Bottle Shirt Matches Air Jordan 1 Retro High OG "Bio Hack"

**$19.99**



Pure Black Nutrition Facts Unisex Sneaker TShirt Matches Air Jordan 1 Retro High OG "Bio Hack"

**$19.99**

## Reviews

Average item review ★★★★    (5)

Sort by: Recommended ▼

nicole Hill on Oct 28, 2020

★

Never got my order and I'm mad

New Money Talks Black Unisex Sneaker Tee Matches Air Jordan 12 Retro University Gold

JAMEELAH on Oct 17, 2020

★★★★★

Just like the pic! Came right in time for sweetest day❤

Number 3 Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal"

alexis on Oct 10, 2020


alexis narcisi added a photo of their purchase

★★★★★

This tee is exactly as described, good material and it has a small amount of stretch which is good for me (im a woman) ill be a repeat customer for sure shop owner was communicative and i appreciate that also came earlier then stated 5 stars for sure!

New Stay Lit Sneaker Tee Matches Air Jordan 4 Retro Off White - Sail - Pit Bull

Dezarae on Sep 30, 2020

★★★★★

Dope ass shirt, cool design bright colors

Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" - Nike Outfits - Sneaker Clothing - Sneakerhead Gift

Dominique on Oct 24, 2020

★★★

Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" - Nike Outfits - Sneaker Clothing - Sneakerhead Gift

**Shop policies**
Last updated on Sep 16, 2020
**Shipping**

**Processing time**

The time I need to prepare an order for shipping varies. For details, see individual items.

**Customs and import taxes**

Buyers are responsible for any customs and import taxes that may apply. I'm not responsible for delays due to customs.

**Payment options**

🔒 Secure options

     

Accepts Etsy Gift Cards and Etsy Credits

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

## Returns & exchanges

**I gladly accept returns, exchanges, and cancellations**

Contact me within: 3 days of delivery

Ship items back within: 30 days of delivery

Request a cancellation within: 24 hours of purchase

**The following items can't be returned or exchanged**

Because of the nature of these items, unless they arrive damaged or defective, I can't accept returns for:

- Custom or personalized orders
- Perishable products (like food or flowers)
- Digital downloads
- Intimate items (for health/hygiene reasons)

**Conditions of return**

Buyers are responsible for return shipping costs. If the item is not returned in its original condition, the buyer is responsible for any loss in value.

**Questions about your order?**

Please contact me if you have any problems with your order.



Shop
Gift cards
Etsy blog Teams
     Forums
     Affiliates

Sell
Sell on Etsy

About
Etsy, Inc.
Policies
Investors
Careers
Press
Impact

Help
Help Center
Privacy settings

Download the Etsy App

United States | English (US) | $ (USD)    © 2020 Etsy, Inc. Terms of Use   Privacy   Interest-based ads



Search for anything   🔍





FreshMatchTees

97 sales ★★★★☆

Number 12 Sneaker Match Unisex Hoodie Made for Air Jordan 12 Retro Dark Concord Sneaker Clothing

**$42.99+**

✓
**In stock**
Size

Select an option     ▾

| Buy it now |
|:-:|

| Add to cart |
|:-:|



**Other people want this.** 4 people have this in their carts right now.



**Hooray!** This item ships free to the US.

**Highlights**    ⌃



Handmade

## Description

Designs are professionally PRINTED directly onto the clothing via DTG Method (NOT VINYL) using commercial grade equipment for a long lasting hoodie.

❄ Product Display:

The sneakers/shoes are not included in this listing. You are purchasing the hoodie ONLY and not the shoes. The shoes shown are sold separately and are only used for marketing purposes. This makes finding a matching hoodie a bit easier

**Learn more about this item**

## Shipping and return policies

Ready to ship in
**2-7 business days**

Returns & exchanges
**Accepted**

Exceptions may apply

Get shipping cost ⌄

Ships from United States

**View shop policies**

## Meet your sellers



Gabe
Owner of FreshMatchTees

<div style="border:1px solid #000;border-radius:30px;text-align:center;padding:10px;">Message Gabe</div>

This seller usually responds within 24 hours.
FreshMatchTees made this item with help from
printful, Charlotte, NC

## 9 shop reviews ★★★★☆

Sort by: Recommended ▼



DEANETTRA Nov 13, 2020
★★★★★
Looks good with my shoes. Match perfectly.



Purchased item:

 Blessed Sneaker Match T Shirt Made for Air Jordan 13 Retro "Lucky Green", Sneaker Tee, TShirt, Sneakerhead Gift

 **Is this review helpful?**

DEANETTRA Nov 13, 2020
★★★★★
Matches my shoes perfectly...Fast shipping!



Purchased item:

 Dripping Unisex Sneaker Match Tee Made for Air Jordan 13 Retro "Lucky Green"

 **Is this review helpful?**

JAMEELAH EASLEY Oct 17, 2020
★★★★★
Just like the pic! Came right in time for sweetest day❤
Purchased item:

 Number 3 Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal"

 **Is this review helpful?**


alexis narcisi Oct 10, 2020
★★★★★
This tee is exactly as described, good material and it has a small amount of stretch which is good for me (im a woman) ill be a

repeat customer for sure shop owner was communicative and i appreciate that also came earlier then stated 5 stars for sure! •••



Purchased item:


New Stay Lit Sneaker Tee Matches Air Jordan 4 Retro Off White - Sail - Pit Bull

👍 Is this review helpful?

←   **1**   2   3   →

Photos from reviews

More from this shop     You may also like

[ See more ]          [ See more ]

New Unisex Number 12 Sneaker Match Shirt Made for Air Jordan 12 Retro Dark Concord, Sneaker Tee
FreshMatchTees
**$19.99**
Free shipping eligible



Number 13 Unisex Sneaker Hoodie Made to Match Air Jordan 13 Retro "Lucky Green" Sneaker Match Clothing
FreshMatchTees
**$42.99**
FREE shipping



New Unisex Sneaker Addict Sneakers Match Hoodie Made for Air Jordan 1 Retro High OG "Bio Hack"
FreshMatchTees
**$42.99**
FREE shipping





Money Talk Bear Unisex Sneaker Match Shirt Made for Air Jordan 12 Retro "Concord"
FreshMatchTees
**$19.99**
Free shipping eligible



Custom Name Number 23 Unisex T-shirt Match Jordan 12 Retro "Concord"
SuperMatchKicks
**$19.99**
Free shipping eligible



Number 12 Sneaker Matching Hoodie Made for Air Jordan 12 Retro Dark Concord
MatchKicks
**$37.09** ~~$52.99~~ (30% off)
**FREE shipping**



23 Unisex T-shirt Match Jordan 12 Retro "Concord"
SpecialSneakerShirts
**$19.99**
Free shipping eligible



New By Any Means Unisex T-shirt Match Jordan 12 Retro "Concord"
SuperMatchKicks
**$19.99**
Free shipping eligible

Explore related searches



neaker
atch tees



e match
rdan



iphop Shirt



apper Shirt



neaker
atch



neaker
hirt



neaker
atch Shirt



ps and
es



:



3



oncord



nisex Adult
lothing

Explore related categories & searches

Clothing          SuperMatchT          Hoodies & Sweatshirts

Listed on Nov 23, 2020

**Report this item to Etsy**





# Instagram

🔍 Search       



## truth_or_clothing    Follow ▾ •••

**98** posts     **6,030** followers     **425** following

**Truth Or Clothing**
Sneaker Match Clothing 🔥
💯 - 30 Day Money Back Guarantee
🌐 - WORLD WIDE SHIPPING
🔒 - Secure Checkout
❤️•- We Love Our Customers
Shop Here 👇🏾👇🏾👇🏾😎
**www.truthorclothing.com**

⊞ POSTS      🏷 TAGGED




    















#SNEAKERHEADSBELIKE

♪JUST HOLD ON WE'RE

 

TRUTHORCLOTHING.COM    TRUTHORCLOTHING.COM

# Instagram

Q Search





About    Blog    Jobs    Help    API    Privacy    Terms    Top Accounts    Hashtags    Locations

English ∨    © 2020 Instagram from Facebook

   

**Austina Obscure**
February 2 · 🌐

ladies if you relate... grab this shirt and please 🙏 share... link to buy in comments below 👇🏻👇🏻👇🏻❤️

···



👍❤️ 3                                  2 Comments

👍 Like           💬 Comment           ↪ Share

**Austina Obscure**
https://truthorclothing.com/.../hustle-like-a-girl...



TRUTHORCLOTHING.COM
Hustle Like a Girl | Sneaker Match Tee

Like · Reply · 42w

**Meagan Castelletti**
Love it like that Dev song Hustle Like A Lady

     

 Write a comment... 





## Truth Or Clothing

@truthorclothing · Clothing (Brand)

**🔵 Send Message**

## About           See All

ℹ️ Urban Street Wear, Sneaker Match Clothing for Men and Women

👍 440 people like this

☑️ 446 people follow this

🌐 https://www.truthorclothing.net/

✉️ Very responsive to messages
Send Message

✉️ info@truthorclothing.net

🗂️ Clothing (Brand) · Apparel & Clothing

🛡️ Privacy Policy



      

## Suggest Edits

Is this the right phone number for this page?

 **Truth Or Clothing**     Send Message    👍 Like    🔍    •••

| Yes | Unsure | No |
|-----|--------|----|

## Photos

See All



## Videos

See All



0:28

**@deysean_music wearin our "Drips All Day" sneaker tee....**

👍 1

8 Views · 44 weeks ago



     





**Number 12 Unisex Sn...**
$24.99

**New "Secure The Bag...**
$24.99

**New "Secure The Bag...**
$24.99



**Custom Name Numbe...**
$24.99

---

 **Page Transparency**    **See All**

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳   **Page created - December 25, 2019**

📍   **Page manager location: United States**

---

## Related Pages



**House of X® France**
Clothing Store
👍 Like

**Stonershq.com**
Accessories
👍 Like



**Pixielane by Jewelie**
Baby & Children's Clothing Store
👍 Like



  ☰      +   

Showcase your work, create ads and connect with customers or supporters.

## Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2020


### Create Post

 Photo/Video      Check in      Tag Friends

---

 **Truth Or Clothing**
22h · 🌐      •••





**Truth Or Clothing updated their website address.**    **Learn More**

 Like     Comment     Share    

---

 **Truth Or Clothing**
November 24 at 1:10 AM · 🌐      •••

Number 23 Sneaker Match Shirt Customize Matched Air Jordan 5 Retro "What The" #truthorclothing #airjordan5 #hiphopshirt #sneakerheads #sneakermatchtees





    





**Truth Or Clothing**
September 28 · 🌐

···

Get Yours Today! Link in bio! #airjordanbiohack #traplife #trapbear #sneakermatch





 

 

👍 Like     💬 Comment     ↗ Share



**Truth Or Clothing** is in **New York City, N.Y.**
September 28 · 🌐

new designs out for Air Jordan 1 High OG Bio Hack #drippinlipstee
#drip #drippyoutfits #truthorclothing #matchkicks



👍 Like     💬 Comment     ↗ Share

**Truth Or Clothing**
September 17 · 🌐

fresh new designs to match your Jordan 12's





     



| 👍 Like | 💬 Comment | ↪ Share |  ▾ |
| --- | --- | --- | --- |

**Truth Or Clothing**
September 17 · 🌐

···

made for Air Jordan Retro 13's



| 👍 Like | 💬 Comment | ↪ Share | ▾ |
| --- | --- | --- | --- |

**Truth Or Clothing**
September 15 · 🌐

···

thank you so much for this photo with your kicks Randy and for the awesome review! #truthorclothing #sneakeraddicts #alwaysfly





     



👍 Like      💬 Comment      ↗ Share











