**BRUNO LAW**
44 North Second Street
P.O. Box 468
Easton, PA 18044
(610) 258-4003
Attorneys for Defendant AO Industries, LLC

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SNEAKER MATCH, LLC** <br> an Arizona Limited Liability Company <br><br> Plaintiff, <br><br> v. <br><br> **JOHN DOES 1-10** <br><br> Defendants. <br><br> v. <br><br> **AO INDUSTRIES, LLC** <br><br> Defendant. | Case No.: 1:20-cv-06563 <br><br> **Honorable Mary M. Rowland** <br><br> **Magistrate Judge Heather K. McShain** |

## CERTIFICATION OF ALYSSA M. BRUNO, ESQUIRE

I, Alyssa M. Bruno, Esq., state that I am the attorney for Defendant AO Industries, LLC in the within action and verify that the Answer to the Amended Complaint, Defendant AO Industries, LLC's Petition to Dissolve Preliminary Injunction, and Defendant AO Industries, LLC's Memorandum of Law in Support of Its Petition to Dissolve the Preliminary Injunction, are legal in nature, that I am familiar with the facts contained therein and that the statements within are true and correct to the best of my knowledge, information and belief; and further state that as attorney for the Defendant AO Industries, LLC, I am best qualified to execute this certification to the foregoing Answer to Amended Complaint, Defendant AO Industries, LLC's

Petition to Dissolve Preliminary Injunction, and Defendant AO Industries, LLC's Memorandum of Law in Support of Its Petition to Dissolve the Preliminary Injunction.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/ Alyssa M. Bruno*
ALYSSA M. BRUNO, ESQ.
Attorney for Defendant AO Industries, LLC

DATED:  December 16, 2020