**Discussion Notes**

**Support Staff Response**

————ORIGINAL NOTE————
Subject:Subject: my domain was transferred without my knowledge or permission
From:forgottenlight@gmail.com
Date: Wed, 25 Nov 2020 21:48:25 -0500
To:transferdisputes@godaddy.com


Notice:

This email is from an external sender.
Hello, i have attached the pdf i filled out and also a copy of my drivers license.� I am not sure how this even happened�to my domain i never gave authorization�for it to be transferred. I actively use it for my business.�
I am hoping we can get this resolved promptly and secure it so this does not happen again.�
my email address on go daddy is austinaobscure@gmail.com
i am using this address because the pdf stated not to use the email address associated with the domain and i was not sure if that meant the godaddy account as well.
look forward to hearing from you soon
Austina Giamber

_____


If you need additional help, please reply to this email and reference [Incident ID: 43462785].



e Store

ild
ls

## Anshula Bisht — ✕

come online now and also I request you side by side connect with call support while I am waiting for them.

Star

:redit ca

You at 20:04, Nov 25:

so what do i do now? if they are offline? when will they be online?

Anshula Bisht at 20:06, Nov 25:

No need to worry, Austina we will recover your domain back so I request you connect with call support : 480-463-8389 now while they will also check from their end if DCAST if available there.

You at 20:06, Nov 25:

ok thank you

es

**EXHIBIT**

P-2

+  Type y

 namecheap  **RECEIPT**

Namecheap, Inc.
4600 East Washington Street. Suite 305,
Phoenix, AZ 85034
USA

www.namecheap.com    **Order # 66388105**    support@namecheap.com

| | | | | |
|---|---|---|---|---|
| Order Date | : 11/25/2020 8:09:36 PM | Payment Source | : CreditCard |
| Order Number | : **66388105** | Initial Charge | : $18.72 |
| Transaction ID | : 75922287 | Final Cost | : $18.72 |
| User Name | : austinaobscure | | |
| Address | : austina obscure | Total Refund | : $0.00 |
| | aoindustries | Refund Transaction ID | : N/A |
| | 204 pierce st | | |
| | kingston | Refunded To | : N/A |
| | PA , 18704 | | |
| | US | | |

| TYPE | NAME | QTY | DURATION | PRICE | SUB TOTAL |
|---|---|---|---|---|---|
| PURCHASE | Free WhoisGuard | 1 | 1 year | $0.00 | $0.00<br>Setup $0.00 |
| PURCHASE | PremiumDNS | 1 | 1 year | $3.88 | $3.88<br>Setup $0.00 |
| PURCHASE | PositiveSSL | 1 | 1 year | $3.88 | $3.88<br>Setup $0.00 |
| REGISTER | Domain Registration<br>truthorclothing.net | 1 | 1 year | $10.78 | $10.78<br>ICANN Fee $0.18 |
| | | | | Sub Total | $18.72 |
| | | | | TOTAL | **$18.72** |

**Additional Transaction Details:**

Order     # a9b84ee9-322d-4d62-8fa6-e77f8e0aae96
Approval     # ch_1HrYzLl2aKwfvOvnWo62fbiS






## Forwarded Conversation

**Subject: Hello, my website was included in some civil suite you guys have**

------------------------

From: **austina obscure** <truthorclothing@gmail.com>
Date: Thu, Nov 26, 2020 at 11:53 PM
To: <john@revisionlegal.com>, <eric@revisionlegal.com>, <amanda@revisionlegal.com>

Hello,

My website truthorclothing.com was taken down and i was assumed to be some part of this legal suite you guys have between sneakermatchtees.com and people from vietnam ie dopeskill and a million other names.

two names you have listed in your paperwork are mine and obviously are "assumed" to be theirs but i have not infringed on any copyrights whatsoever that is clear as day in my products and listings.

truthorclothing.com belongs to me i am a white american person
freshmatchtees on etsy belongs to me

this needs to get straightened out, these people have stolen many of my designs as well and i had to message them to get them to take my designs down.

please advise on how i can peacefully bow out of this, my website had nothing to do with your sneaker match tees people

Respectfully,
Austina

----------

From: **Amanda Osorio** <amanda@revisionlegal.com>
Date: Fri, Nov 27, 2020 at 11:21 AM
To: austina obscure <truthorclothing@gmail.com>
Cc: Eric Misterovich <eric@revisionlegal.com>, John Di Giacomo <john@revisionlegal.com>

1



Austina, your Etsy store and your website contain infringing content including use of the SNEAKER MATCH trademark owned by my client. You are a defendant in this action. If you are interested in considering a settlement payment, we would require you to remove all infringing content from your website, your Etsy shop, and any other websites or marketplaces on which you sell. If you are not interested in a monetary payment and compliance with these terms, I suggest you consult an attorney in the United States to represent you in this matter.

Sincerely,


Amanda Osorio
Attorney
www.revisionlegal.com
Office: 616 258 6770



**R E V I S I O N / L E G A L**

DISCLAIMER/CONFIDENTIALITY

This communication and any attachments may contain privileged and confidential information that is protected against use or disclosure under federal and state law. As Internet communications are not secure beyond interception, the firm accepts legal responsibility for the contents of this message only as originally sent. Although the firm operates anti-virus programs, it does not accept responsibility for any damage that is caused by viruses being passed.

If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please notify us immediately by calling (269) 281-3908.

Revision Legal, PLLC

---

**From:** austina obscure <truthorclothing@gmail.com>
**Sent:** Thursday, November 26, 2020 11:53 PM
**To:** John Di Giacomo <john@revisionlegal.com>; Eric Misterovich <eric@revisionlegal.com>; Amanda Osorio <amanda@revisionlegal.com>
**Subject:** Hello, my website was included in some civil suite you guys have



----------
From: **Amanda Osorio** <amanda@revisionlegal.com>
Date: Fri, Nov 27, 2020 at 11:29 AM
To: austina obscure <truthorclothing@gmail.com>
Cc: Eric Misterovich <eric@revisionlegal.com>, John Di Giacomo <john@revisionlegal.com>

Furthermore, your domain truthorclothing.net, registered on Wednesday of this week, is infringing as is your social media advertising. Continued willful infringement is not encouraging our client to settle with you.

Amanda Osorio
Attorney
www.revisionlegal.com
Office: 616 258 6770



R E V I S I O N / L E G A L

DISCLAIMER/CONFIDENTIALITY

This communication and any attachments may contain privileged and confidential information that is protected against use or disclosure under federal and state law. As Internet communications are not secure beyond interception, the firm accepts legal responsibility for the contents of this message only as originally sent. Although the firm operates anti-virus programs, it does not accept responsibility for any damage that is caused by viruses being passed.

If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please notify us immediately by calling (269) 281-3908.

Revision Legal, PLLC

**From:** Amanda Osorio <amanda@revisionlegal.com>
**Sent:** Friday, November 27, 2020 11:21 AM
**To:** austina obscure <truthorclothing@gmail.com>
**Cc:** Eric Misterovich <eric@revisionlegal.com>; John Di Giacomo <john@revisionlegal.com>
**Subject:** Re: Hello, my website was included in some civil suite you guys have

----------
From: austina obscure <truthorclothing@gmail.com>
Date: Fri, Nov 27, 2020 at 12:31 PM
To: Amanda Osorio <amanda@revisionlegal.com>

I am having my lawyer review this claim. In the meantime, I wish to know what alleged infringing content is in either of my stores. These claims are absurd! I have reviewed the Plaintiffs site and nothing I have on my site(s) is infringing upon their trademarks. I,mostly use stock designs purchased through shutterstock.com and/or adobestock with licenses for use. This has shut my site down at a most important time of the year. This may leave me having to counter sue.

3

I will have my attorney contact you accordingly. You are giving me no evidence of what has been allegedly infringed upon. This time down is costing me money and damage to my brand TruthOrClothing. In addition, you are accusing me of not being american and operating under false pretenses.

Again, my site is truthorclothing.com and my etsy store is freshmatchtees, nothing more, nothing less. Any of the others you have listed in your claims have no affiliation to me.

Sincerely,
Austina Giamber

----------

From: **austina obscure** <truthorclothing@gmail.com>
Date: Fri, Nov 27, 2020 at 12:33 PM
To: Austina Obscure <austinaobscure@gmail.com>

---------- Forwarded message ---------
From: **austina obscure** <truthorclothing@gmail.com>
Date: Thu, Nov 26, 2020 at 11:53 PM
Subject: Hello, my website was included in some civil suite you guys have

----------

From: **austina obscure** <truthorclothing@gmail.com>
Date: Fri, Nov 27, 2020 at 12:34 PM
To: Austina Obscure <austinaobscure@gmail.com>

---------- Forwarded message ---------
From: **Amanda Osorio** <amanda@revisionlegal.com>
Date: Fri, Nov 27, 2020 at 11:21 AM
Subject: Re: Hello, my website was included in some civil suite you guys have
To: austina obscure <truthorclothing@gmail.com>

----------

From: **austina obscure** <truthorclothing@gmail.com>
Date: Fri, Nov 27, 2020 at 12:35 PM
To: Austina Obscure <austinaobscure@gmail.com>

----------

From: **austina obscure** <truthorclothing@gmail.com>
Date: Fri, Nov 27, 2020 at 12:35 PM
To: Austina Obscure <austinaobscure@gmail.com>

---------- Forwarded message ---------
From: **Amanda Osorio** <amanda@revisionlegal.com>
Date: Fri, Nov 27, 2020 at 11:29 AM
Subject: Re: Hello, my website was included in some civil suite you guys have
To: austina obscure <truthorclothing@gmail.com>
Cc: Eric Misterovich <eric@revisionlegal.com>, John Di Giacomo <john@revisionlegal.com>

----------
From: **Amanda Osorio** <amanda@revisionlegal.com>
Date: Fri, Nov 27, 2020 at 12:36 PM
To: austina obscure <truthorclothing@gmail.com>
Cc: John Di Giacomo <john@revisionlegal.com>, Mike Curts <mike@revisionlegal.com>

Please provide me with your attorney's contact information. If you are represented by counsel, I cannot discuss this with you directly.

Amanda Osorio
Attorney
www.revisionlegal.com
Office: 616 258 6770



**R E V I S I O N / L E G A L**

DISCLAIMER/CONFIDENTIALITY

This communication and any attachments may contain privileged and confidential information that is protected against use or disclosure under federal and state law. As Internet communications are not secure beyond interception, the firm accepts legal responsibility for the contents of this message only as originally sent. Although the firm operates anti-virus programs, it does not accept responsibility for any damage that is caused by viruses being passed.

If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please notify us immediately by calling (269) 281-3908.

Revision Legal, PLLC

From: austina obscure <truthorclothing@gmail.com>
Sent: Friday, November 27, 2020 12:31 PM
To: Amanda Osorio <amanda@revisionlegal.com>
Subject: Re: Hello, my website was included in some civil suite you guys have

----------

From: **austina obscure** <truthorclothing@gmail.com>
Date: Fri, Nov 27, 2020 at 12:44 PM
To: Amanda Osorio <amanda@revisionlegal.com>

He will surely be in touch...

https://sneakermatchtees.com/sneaker-Tees-category/air-jordan-4/fire-red-4s/

CART / $0.00

50% OFF Camo Hoodies    My Account    Cart ∨    Military Discount    Contact Us    Terms of Use    Copyright

# SNEAKER MATCH TEES ®

Search by Name Color Size ...

| New Jordan Releases ▾ | New Yeezy Releases ▾ | Sneaker Match ® Shop ▾ | Sneaker Match ® Collections ▾ | New Nike Releases ▾ | Exclusive Collections ▾ |
| --- | --- | --- | --- | --- | --- |
| Travis Scott ▾ | YEEZY Boost 350 ▾ | Yeezy 700 ▾ | Nike Dunk | Shoe Cleaner | Nike SB Air Max ▾ | Nike Air Max ▾ | Franposites ▾ |
| Nike Kyrie ▾ | Streetwear ▾ | Jordan 1 ▾ | Jordan 2 ▾ | Jordan 3 ▾ | Face Mask | Jordan 5 ▾ | Jordan 6 ▾ | Jordan 7 ▾ | Jordan 8 ▾ |
| Jordan 9 ▾ | Jordan 10 ▾ | Jordan 11 ▾ | Jordan 12 ▾ | Jordan 13 ▾ | Jordan 14 ▾ | Jordan Release Dates ▾ | Yeezy Release Dates | Sneaker News |
| | | | | Size Chart | | | |

HOME   AIR JORDAN 4   FIRE RED 4S

## SNEAKER

### Filter Terms

× Fire Red 4s

∨ **Fire Red 4s**

**Yeezy** 350

Shop Fire Red 4s Jordan matching shirts, sneaker tees and hoodies. The best selection of sneaker tees and hoodies designed to match the Fire Red Jordan 4s. Our Sneaker Match ® Collection features graphic tees, Hoodies and crewneck sweatshirts to match the Jordan 4 Fire red

Showing all 277 results







4:07 PM 12/21/2020

EXHIBIT P-5



CART / $0.00 🛒

≡

≣ **FILTER**

Shop Fire Red 4s Jordan matching shirts, sneaker tees and Hoodies. The best selection of sneaker tees and hoodies designed to match the Fire Red Jordan 4s. Our Sneaker Match ® Collection features graphic tees, Hoodies, and crewneck sweatshirts to match the Jordan 4 Fire red.

Search by sneaker, colorway, product







AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Ws to Ms

$27.90

SELECT OPTIONS







AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Will Not Pay Resale

$27.90

SELECT OPTIONS



AIR JORDAN 4
Fire Red 4s Jordan Sneaker Tees Shirts – White – Snoopy Trap House
**$27.90**

SELECT OPTIONS





AIR JORDAN 4
Fire Red 4s Jordan Sneaker Tees Shirts – White – Sneakerhead Snoopy
**$27.90**

SELECT OPTIONS

https://sneakermatchtees.com/Sneaker-Tees-category/air-jordan-4/fire-red-4s/









AIR JORDAN 4
Fire Red 4s Jordan Sneaker Tees Shirts – White – MJ Toon
**$27.90**

SELECT OPTIONS



AIR JORDAN 4
Fire Red 4s Jordan Sneaker Tees Shirts – White – MJ King
**$27.90**

SELECT OPTIONS









AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Joker

**$27.90**

SELECT OPTIONS





AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Jason Cop

**$27.90**

SELECT OPTIONS





AIR JORDAN 4
Fire Red 4s Jordan Sneaker Tees Shirts – White – It Was All A Dream
**$27.90**

SELECT OPTIONS





AIR JORDAN 4
Fire Red 4s Jordan Sneaker Tees Shirts – White – Hype Beavis and Sneakerhead
**$27.90**

SELECT OPTIONS





AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Designer Charlie

**$27.90**

SELECT OPTIONS









AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Dababy Vibez

**$27.90**

SELECT OPTIONS

**Spend $69 to Unlock Free Shipping The United States**



Premium Sneaker Match Clothing and Accessories

(/)

Search...



HOME (/) / AIR JORDAN 1 HIGH OG BIO HACK (/COLLECTIONS/AIR-JORDAN-1-HIGH-OG-BIO-HACK)



Home (/) (/collections)

**FOLLOW US
ON INSTAGRAM**



SHOP NOW (/collections/all)

OR

# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan

**Your Price:**

## $24.99 USD

Size

S    M    L    XL    2X    3X

Quantity

−   1   +

**+ ADD TO CART**

GUARANTEED SAFE CHECKOUT



PayPal   VISA   DISCOVER   McAfee SECURE

Privacy · Terms

**EXHIBIT**

P-4





AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – DAAAMN

**$27.90**

SELECT OPTIONS





AIR JORDAN 4

Fire Red 4s Jordan Sneaker Tees Shirts – White – Crazy Hype

**$27.90**

SELECT OPTIONS

The United States GUARANTEED SAFE CHECKOUT



# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" U

truthorclothing

Premium Sneaker Match Clothing and Accessories

Search… (/)

**Checkout Securely With**

 

Home (/)    Shop (/collections)

**Your Price:**

## $24.99 USD

**Quantity Remaining:**

**80** of **100** Sold

Order in the next 22 hours 56 minutes to get it by WED Nov 18

Only 20 left!    **3** people are viewing this, and ... recently purchased it

**3**   Visitor Right Now

5 Great reasons to buy from us:

  

10% off! when you complete your order in next

1     29     59

Hours     minutes     seconds

---

## Description

**SHOP NOW (/collections/all)**

Grab an AWESOME Sneaker Match Tee that is going to make your streetwear wardrobe COMPLETE!

OR

Enter coupon code **SAVE10** at the checkout

🖼 Product Display:

The sneakers/shoes are not included in this listing. You are purchasing the clothing/accessory with design ONLY and not the shoes. The shoes shown are sold separately and are only used for ma Shirt to match your sneakers much easier!

🚚 Delivery:

The delivery or shipping time for this item takes about 10-15 Business Days.If there are unforeseen circumstances please wait for your products to arrive or contact us.

We appreciate your patience!

📑 Product Details:

Material is 100% Preshrunk Cotton

Wash Inside-Out on cold delicate setting. For best care, allow to air dry.

True To Size Fit.

The tee is Unisex. To women and ladies, it is best to order a size down for a tighter fit.

📌 Disclaimer:

On Color: Please take note that device/computers, phone and tab screens may display different color and saturation. And that the item colors may not be as saturated in person as

Privacy - Terms

S

# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack"

truthorclothing

Premium Sneaker Match Clothing and Accessories

(/)

**Your Price:**

## $24.99 USD

Search...

Home (/)  ›  Shop (/collections)

## Why Buy From Us

## Reviews

| Description | Shipping | Delivery & Returns | Why Buy From Us | Reviews | ⊗ |

Grab an AWESOME Sneaker Match Tee that is going to make your sneaker wardrobe COMPLETE!

👕 Product Display:

# 10% off !

The sneakers/shoes are not included in this listing. You are purchasing a shirt to match your sneakers and not the shoes. The shoes shown are sold separately and are on our page. Our graphic designs are carefully made to match the color ways of your sneakers. This makes it easier for you to visually find the best T-Shirt to match your sneakers much easier!

📦 Delivery:

**7** Hours  **29** minutes  **59** seconds

The delivery or shipping time for this item takes about 10-15 Business Days.If there are unforeseen circumstances please wait for your products to arrive or contact us.

We appreciate your patience!

🔖 Product Details:

**SHOP NOW (/collections/all)**

OR

Material is 100% Preshrunk Cotton

Enter coupon code **SAVE10** at the checkout

Wash Inside-Out on cold delicate setting. For best care, allow to air dry.

True To Size Fit.

The tee is Unisex. To women and ladies, it is best to order a size down for a tighter fit.

📌 Disclaimer:

On Color: Please take note that device/computers, phone and tab screens may display different color and saturation. And that the item colors may not be as saturated in person as

No Worries, We Got You!  The colors of graphics made on these shirts are sure to match the sneakers as close as possible to the actual sneaker colors in production. When a available. If you receive an item from us, before making a judgement, please wear your sneaker tee together with your sneakers or shoes and see how they absolutely match!

✅ Don't forget to add us on instagram @ truth_or_clothing

# Related Products

Privacy - Terms



**Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 High OG "Bio Hack"**

**TruthorClothing**
Premium Sneaker Match Clothing and Accessories

Your Price:

**$24.99**

Search...

Home (/)   Shop (/collections)

(/collections/air-jordan-1-high-og-bio-hack/products/astroworld-unisex-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)

ASTROWORLD Unisex TShirt Matches Air Jordan 1 Retro High OG... (/collections/air-jordan-1-high-og-bio-hack/products/astroworld-unisex-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)

$24.99 USD

(/collections/air-jordan-1-high-og-bio-hack/products/drippin-lips-unisex-tshirt-matches-air-jordan-1-high-og-bio-hack-sneaker-tee-match-tees)

Drippin Lips Unisex Tshirt Matches Air Jordan 1 High OG... (/collections/air-jordan-1-high-og-bio-hack/products/drippin-lips-unisex-tshirt-matches-air-jordan-1-high-og-bio-hack-sneaker-tee-match-tees)

$24.99 USD

(/collections/air-jordan-1-high-og-bio-hack/products/pure-black-nutrition-facts-unisex-sneaker-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)

Pure Black Nutrition Facts Unisex Sneaker TShirt Matches Air Jordan... (/collections/air-jordan-1-high-og-bio-hack/products/pure-black-nutrition-facts-unisex-sneaker-tshirt-matches-air-jordan-1-retro-high-og-bio-hack)

$24.99 USD

(/collections/air-jordan-1-high-hack/products/blessed-unisex-sneaker-tshirt-made-for-air-jordan-1-retro-high-og-bio-hack-blessings-shirt)

Blessed Unisex Sneaker M Shirt Made for Air Jordan (/collections/air-jordan-1-high-og-bio-hack/products/blessed-sneaker-match-tshirt-made-jordan-1-retro-high-og-bio-blessings-shirt)

$24.99 USD

**10% off!**

When you complete your order in next:

| 7 | 29 | 59 |
|---|---|---|
| Hours | minutes | seconds |

**Don't Take** SHOP NOW (/collections/all) **it! Here's What Our Cus**

OR

Enter coupon code **SAVE10** at the checkout



" Everyone go out and support my people @ Truth Or Clothing "



" LOVED EVERY BIT OF THE SERVICE definitely recommend PLUS THE PRODUCTS WAS AS DESCRIBED

" Omg their w seen so far d shop absolut

>

## Want Free Stuff?

Enter Your Email Address

Become a Truth-Or-Clothing Insider and get 10% off your order today! Plus we'll give you exclusive access to the latest designs, giveaways, and deals!

Privacy - Terms



The United States

# Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" | Unisex

## truthorclothing

Premium Sneaker Match Clothing and Accessories

Terms of Service (/pages/terms-of-service)

Shipping and Delivery (/pages/shipping-and-de

FAQs & Help (/pages/faqs-help)

Payment Methods (/pages/payment-methods)

Your Price:

policy) **$24.99 USD**

olicy)

Search...

Home (/)    Shop (/collections)

Track My Order (/pages/track-my-order)

## Got a Question? Call Us

📞 **1-888-690-1733 (tel:1-888-690-1733)**

Mon-Sat 9am-6pm Eastern

# 10% off !

### When you complete your order in next:

| 7 | 29 | 59 |
|---|---|---|
| Hours | minutes | seconds |

## Secure Checkout

We use encrypted SSL security to ensure that your credit card information is 100% protected.

**SHOP NOW (/collections/all)**

OR

Enter coupon code **SAVE10** at the checkout

© 2020 Truth Or Clothing (/). All rights reserved.

f (https://www.facebook.com/groups/shoptimized/)    𝓟 (https://www.pinterest.com/truthorclothing)    ⊙ (https:

Privacy - Terms

# Etsy

☰   Search for anything   🔍

**Sign in**

🛒





## FreshMatchTees

Fresh Designs to Match Your Favorite Kicks!
📍 Brooklyn, New York On Etsy since 2020

43 Sales
★★★★

♡  Favorite shop (5)

**SHOP OWNER**

Gabe
📧 Contact

↑↓

Search items                                                          🔍

All55 │ Sneaker Tees51   Sneaker Hoodies4

📋 **Request Custom Order**

📧 **Contact shop owner**

43 Sales
5 Admirers
Report this shop to Etsy

## Featured items



EXHIBIT
P-8



Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" - Nike Outfits - Sneaker Clothing - Sneakerhead Gift

**$19.99**



Got Em Unisex Sneaker Tee Matches Air Jordan 12 Retro Black University Gold

**$19.99**





NEW Stay Lit Unisex Tee Matches Air Jordan 3 "Japanese Denim" Sneakerhead TShirt

**$19.99**



Black Nutrition Facts Unisex Sneaker Tee Matches Nike Air Jordan 12 Retro Indigo

**$19.99**

**All Items**





Sneaker Addict Sneaker Match Shirt Made for Nike Air Foamposite One 96 All-Star Game Royal

**$19.99**



Sneaker Addict Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**







Number 13 Unisex Sneaker Hoodie Made to Match Air Jordan 13 Retro "Lucky Green" Sneaker Match Clothing

**$42.99**

13 people have this in their cart



Unisex Drippin Lips Drip Hoodie Made to Match Air Jordan 13 Retro "Lucky Green" Sneaker Match Clothing

**$42.99**





New Unisex Sneaker Addict Sneakers Match Hoodie Made for Air Jordan 1 Retro High OG "Bio Hack"

**$42.99**



New Trap Bear Trap Life Unisex Hoodie Made for Air Jordan 1 Retro High OG "Bio Hack" Sneaker Match

**$42.99**

5 people have this in their cart





Halloween Drip Bear Shirt, Tribute to the Spooky Holiday Match Air Jordan Retro 4 WMNS "Singles Day"

**$19.99**



Whole Nother Level Sneaker Shirt Made to Match Air Jordan 5 Retro Oregon Ducks 2020 Sneaker Tee

**$19.99**





New Unisex Stay Lit Pit Bull Sneaker Match Tee Made for Air Jordan 5 Retro Oregon Ducks, Oregon Green 2020, Sneaker Tee

**$19.99**



Drippin Lips Sneaker Match T Shirt Made for Air Jordan Retro Oregon Ducks, Oregon Green 2020, Sneaker Match Tee

**$19.99**





Trap Bear Unisex Sneaker Match Shirt Made for Air Jordan 5 Retro Oregon Ducks, Oregon Green 2020 Sneaker Tee
**$19.99**



Number 5 Sneaker Shirt Matches Air Jordan 5 Retro Oregon Ducks 2020, Oregon Green
**$19.99**





Stay Lit Pitbull Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal" Sneaker Tee

**$19.99**



Drippin Lips Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal" Sneaker Tee

**$19.99**





Got Em Unisex Sneaker Shirt Match Air Jordan 3 Retro "Varsity Royal" Sneaker Tee

**$19.99**



Number 3 Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal"

**$19.99**

5 people have this in their cart





Trap Bear Unisex Sneaker Shirt Match Air Jordan 3 Retro "Varsity Royal", Sneaker Tee

**$19.99**



Blessed Unisex Sneaker Shirt Matches Air Jordan 3 Retro Varsity Blue, Sneaker Match Tee

**$19.99**





Never Enough Sauce Sneaker Shirt Matches Air Jordan 13 Retro "Lucky Green"

**$19.99**



Sneaker Addiction Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**





New Trap Bear Trap Life Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green", T-shirt, Unisex

**$19.99**

12 people have this in their cart



Grind and Shine Unisex Sneaker Tee Matches Air Jordan 13 Retro "Lucky Green", Tee, T-Shirt, Jordan Match, Sneakerhead gift

**$19.99**





Blessed Sneaker Match T Shirt Made for Air Jordan 13 Retro "Lucky Green", Sneaker Tee, TShirt, Sneakerhead Gift

**$19.99**



New Number 13 Unisex Sneaker Match T Shirt Made for Air Jordan 12 Retro "Lucky Green" - Lucky Tee

**$19.99**

Over 20 people have this in their cart





Stay Lit Unisex Sneaker T Shirt Made to Match Air Jordan 13 Retro "Lucky Green" Custom Pit Bull Design

**$19.99**

6 people have this in their cart



Whole Nother Level Sneaker Match Shirt Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**





Dripping Unisex Sneaker Match Tee Made for Air Jordan 13 Retro "Lucky Green"

**$19.99**

8 people have this in their cart



New Stay Lit Sneaker Tee Matches Air Jordan 4 Retro Off White – Sail – Pit Bull

**$19.99**

Blessed Unisex Black Sneaker TShirt Matches Jordan 4 Retro Off White – Sail

**$19.99**



https://www.etsy.com/shop/FreshMatchTees?ref=simple-shop-header-name&listing_id=873551204



Ice Cream Drip Unisex Sneaker Match T Shirt Made for Air Jordan 4 Retro Off White Sail, Sneaker Tee

**$19.99**





NEW Grind Shine T Shirt Matches Air Jordan 4 Off White - Sail

**$19.99**

Drippin Lips Black Unisex Sneaker TShirt Matches Air Jordan 4 Retro Off White - Sail

**$19.99**





Blessed Unisex Sneaker TShirt Matches Air Jordan 8 South Beach

**$19.99**



Drippin Lips Unisex Tshirt Matches Air Jordan 8 Retro "South Beach" Sneaker Tee – Match Tees

**$19.99**





Sneaker Addiction Pill Bottle Shirt Matches Air Jordan 1 Retro High OG "Bio Hack"

**$19.99**



Pure Black Nutrition Facts Unisex Sneaker TShirt Matches Air Jordan 1 Retro High OG "Bio Hack"

**$19.99**

## Reviews

Average item review ★★★★   (5)

Sort by: Recommended ▼

 nicole Hill on Oct 28, 2020

★

Never got my order and I'm mad

New Money Talks Black Unisex Sneaker Tee Matches Air Jordan 12 Retro University Gold

JAMEELAH on Oct 17, 2020

★★★★★

Just like the pic! Came right in time for sweetest day❤

Number 3 Unisex Sneaker Match Shirt Made for Air Jordan 3 Retro "Varsity Royal"

<u>alexis</u> on Oct 10, 2020


alexis narcisi added a photo of their purchase

★★★★★

This tee is exactly as described, good material and it has a small amount of stretch which is good for me (im a woman) ill be a repeat customer for sure shop owner was communicative and i appreciate that also came earlier then stated 5 stars for sure!

New Stay Lit Sneaker Tee Matches Air Jordan 4 Retro Off White - Sail - Pit Bull

<u>Dezarae</u> on Sep 30, 2020

★★★★★

Dope ass shirt, cool design bright colors

Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" – Nike Outfits – Sneaker Clothing – Sneakerhead Gift

<u>Dominique</u> on Oct 24, 2020
★★★

Trap Bear Unisex Sneaker Tshirt Matches Air Jordan 1 Retro High OG "Bio Hack" – Nike Outfits – Sneaker Clothing – Sneakerhead Gift

**Shop policies**
Last updated on Sep 16, 2020
**Shipping**

**Processing time**

The time I need to prepare an order for shipping varies. For details, see individual items.

**Customs and import taxes**

Buyers are responsible for any customs and import taxes that may apply. I'm not responsible for delays due to customs.

**Payment options**

🔒 Secure options

     

Accepts Etsy Gift Cards and Etsy Credits

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

**Returns & exchanges**

**I gladly accept returns, exchanges, and cancellations**

Contact me within: 3 days of delivery

Ship items back within: 30 days of delivery

Request a cancellation within: 24 hours of purchase

**The following items can't be returned or exchanged**

Because of the nature of these items, unless they arrive damaged or defective, I can't accept returns for:

- Custom or personalized orders
- Perishable products (like food or flowers)
- Digital downloads
- Intimate items (for health/hygiene reasons)

**Conditions of return**

Buyers are responsible for return shipping costs. If the item is not returned in its original condition, the buyer is responsible for any loss in value.

**Questions about your order?**

Please contact me if you have any problems with your order.



© 2020 Etsy, Inc. Terms of Use    Privacy    Interest-based ads



# truth_or_clothing

**98** posts   **6,030** followers   **425** following

**Truth Or Clothing**
Sneaker Match Clothing 🔥
💯 – 30 Day Money Back Guarantee
🌐 – WORLD WIDE SHIPPING
🔒 – Secure Checkout
❤️ – We Love Our Customers
Shop Here 👇🏽👇🏽👇🏽😎
**www.truthorclothing.com**

⊞ **POSTS**          👤 **TAGGED**



EXHIBIT

P-9























#SNEAKERHEADSBELIKE   TRUTHORCLOTHING.COM   TRUTHORCLOTHING.COM

♪JUST HOLD ON WE'RE









# Truth Or Clothing

@truthorclothing · Clothing (Brand)

**⊙ Send Message**

## About                             See All

ⓘ Urban Street Wear, Sneaker Match Clothing for Men and Women

👍 440 people like this

☑ 446 people follow this

🌐 https://www.truthorclothing.net/

✉ Very responsive to messages

Send Message

✉ info@truthorclothing.net

🏷 Clothing (Brand) · Apparel & Clothing

🛡 Privacy Policy



  

## Suggest Edits

Is this the right phone number for this page?

 Truth Or Clothing    **Send Message**    👍 Like

| Yes | Unsure | No |
|-----|--------|-----|

## Photos
See All



## Videos
See All



0:28

@deysean_music wearin our "Drips All Day" sneaker tee....

 1

8 Views · 44 weeks ago



   





**Number 12 Unisex Sn...**
$24.99

**New "Secure The Bag...**
$24.99

**New "Secure The Bag...**
$24.99



**Custom Name Numbe...**
$24.99

##  Page Transparency

See All

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 **Page created - December 25, 2019**

📍 **Page manager location: United States**

## Related Pages

 **House of X® France**
Clothing Store
 👍 Like

 **Stonershq.com**
Accessories
 👍 Like

 **Pixielane by Jewelie**
Baby & Children's Clothing Store
 👍 Like



     

Showcase your work, create ads and connect with customers or supporters.

## Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2020



## Create Post

 Photo/Video      Check in      Tag Friends

 **Truth Or Clothing**
22h · 🌐



**Truth Or Clothing updated their website address.**     **Learn More**

 Like      Comment      Share    ⚫ ▼

 **Truth Or Clothing**
November 24 at 1:10 AM · 🌐

Number 23 Sneaker Match Shirt Customize Matched Air Jordan 5 Retro "What The" #truthorclothing #airjordan5 #hiphopshirt #sneakerheads #sneakermatchtees



👥 0

    



👍 Like      💬 Comment      ↪ Share

**Truth Or Clothing**
September 28 · 🌐

Get Yours Today! Link in bio! #airjordanbiohack #traplife #trapbear #sneakermatch



   

👍 Like     💬 Comment     ↪ Share



**Truth Or Clothing** is in **New York City, N.Y.**
September 28 · 🌐

new designs out for Air Jordan 1 High OG Bio Hack #drippinlipstee #drip #drippyoutfits #truthorclothing #matchkicks



👍 Like     💬 Comment     ↪ Share

**Truth Or Clothing**
September 17 · 🌐

fresh new designs to match your Jordan 12's





👍 Like     💬 Comment     ↗ Share

**Truth Or Clothing**
September 17 · 🌐

···

made for Air Jordan Retro 13's



👍 Like     💬 Comment     ↗ Share

**Truth Or Clothing**
September 15 · 🌐

···

thank you so much for this photo with your kicks Randy and for the awesome review! #truthorclothing #sneakeraddicts #alwaysfly



     



👍 Like          💬 Comment          ↪ Share      ▾

  

  





**SHIP DATE**
Jan 08, 2020

**Packing slip 27761604-10515432**

**SHIP TO**
DeySean Cortner
102 Sunrise Court
Shelbyville, Tennessee 37160
United States

**RETURN ADDRESS**
truthorclothing
11201 Ed Brown Rd
Charlotte, North Carolina 28273
United States

Your order of Jan 08, 2020     Order ID 091

| Product | Price | Qty | Total |
|---|---|---|---|
| DRIP ALL DAY \| Sneaker T-Shirt - 2XL | $29.99 | 1 | $29.99 |
| | **Subtotal:** | | $29.99 |
| | **Shipping:** | | $3.99 |
| | **Grand total:** | | $33.98 |

All charges are USD.

Reply...



**EXHIBIT**
P-11



E Etsy › market › sneaker_match_tees

# Sneaker match tees | Etsy



Check out our sneaker match tees selection for the very best in unique or custom, handmade pieces from our clothing shops.

---



illCurrency

# Shirts to match Jordans, Adidas and Nikes | illCurrency – illCurrency Sneaker ...



EXHIBIT
P-18

← → C 🔒 etsy.com/market/sneaker_match_tees

🔍 Type here to search

○ 🗔 [taskbar icons]

∧ 🗓 🖫 🗗 🕩× 4:54 PM 12/27/2020

# Etsy

sneaker match tees                                                    🔍 ×   Q      Sign in   🛒

Holiday Shop      Jewelry & Accessories      Clothing & Shoes      Home & Living      Wedding & Party      Toys & Entertainment      Art & Collectibles      Craft Supplies      Gifts & Gift Cards

## Sneaker match tees (6,129 results, with Ads ⓘ)

Magical, meaningful items you can't find anywhere else.

Price ($) ▾      Shipping ▾                                                                                        Sort by: Relevancy ▾



Number 23 Tee Match Air Jordan 13...
MattHood3
★★★★ (107)
$27.99 $34.99 (20% off)



Jordan Retro 12 University Gold Mat...
Ad by B2GIdeas
★★★★★ (985)
$24.99



Jordan Retro 12 University Gold Mat...
TEEELINE
★★★★★ (885)
$28.70

Black SUCCESS T Shirt to match...
Ad by KidzLabboutiq
★★★★★ (21)
$18.99



GOD PROTECT US Natural Hoodie
Ad by POSHsPROT
★★★★ (13)
$50.00 FREE shipping

Money Call Unisex Tshirt Match Air...
SuperMatchTeeShirt
★ (1)
$19.99



Personalized Name / Number 23 Un...
SuperTeesShirt
★★★★★ (2)
$19.99



Air Jordan 1 Retro High OG Bio Hac...
sneakermatchtees
★★★★★ (88)
$27.99 $34.99 (20% off)
FREE shipping

Air Jordan 11 Retro Jubilee Sneaker...
Ad by sneakermatchtees
★★★★★ (187)
$22.99

Air Jordan 13 Retro Hyper Royal Pers...
Ad by FavsTeesAndJoggersPW
★★★★★ (388)
$22.99

tabbies®

EXHIBIT
2-13

 **SNEAKER NEWS**

News   Where To Buy   Jordan Release Dates   Yeezy Release Dates   Sneaker Release Dates         



# Sean Wotherspoon And Nike Are Releasing Matching Hats And Tees

March 23, 2018   by Ross Dwyer

    **4.00 / 5**   29 VOTES

 This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. The opinions and information provided site are original editorial content of Sneaker News.



ADVERTISEMENT

As the release of Nike and Sean Wotherspoon's highly-anticipated corduroy Air Max 97/1 hybrid draws closer, Nike has officially unveiled matching apparel for the sneaker. Previewed heavily by Wotherspoon himself on his Instagram, the apparel capsule consists of a two pieces: a colorful 6-panel corduroy hat adorned a swoosh on each panel and an VA>LA hit on the hat's strap to match the heel tab of the shoes. The second piece is a white tee shirt featuring Nike logos that match the shoe's colorway around the bottom hem. Both the shirt and the hat have appeared on Nike's website with a "coming soon" tab, as there is no official release date yet.

**Nike x Sean Wotherspoon Hat**
**Coming Soon To nike.com**
**$30**
Style Code: AT8929-433



ADVERTISEMENT

Nike x Sean Wotherspoon T-Shirt
Coming Soon To nike.com
$35







ADVERTISEMENT



CLOTHING   COLLABORATION   AIR MAX DAY 2018   NIKE AIR MAX 1   NIKE AIR MAX 97

## Where to Buy

 **Dec 21**
Nike Blazer Mid '77

 **Dec 21**
Yeezy 700 v3 "Clay Brown"

 **Dec 22**
Nike Dunk High

## Popular Stories

 Ray Allen Reveals Air Jordan 1 High Switch In Friends And Family "Black Toe" Colorway

 The Jordan Six Rings "Motorsports" From 2010 Is Making A Comeback

 Official Images Of The Air Jordan 35 "Morpho"

 Air Jordan Retro Preview For 2021

 Where To Buy The adidas Yeezy 700 V3 "Clay Brown"

 The adidas Yeezy 700 V3 "Clay Brown" Releases Tomorrow

## Recent Stories



The size? x adidas Trainer PT Honors Liverpool's Legendary Venue Cream

5 / 5   30 mins   0   by Jovani Hernandez



The Nike Waffle Racer Crater Hits The Dark Side Of The Moon

2 / 5   60 mins   0   by Michael Le



SNS To Release adidas Consortium Superstar 80s Collaboration As Part Of "Kinenbi" Collection

1 / 5   1 hour   0   by Michael Le

MORE

 Contact   Advertise   Careers   Privacy   © 2007-2020 Sneaker News Inc  Power

# The 7 BEST Tips When Matching Sneakers To Your Outfit (IN 2020!)

Share    Tweet    2



Hey everyone, what is going on! It's Nigel here with Honest Soles and this week I'm back with another sneaker guide just for you! Today, we will be covering the 7 best tips when matching sneakers to your outfit.

It goes without saying that your dressing is never complete without the appropriate shoes. Fashion is now so broad that you do not just pick an outfit and pick a footwear whose color matches the color of the outfit, as was previously done when fashion wasn't what it is today.

There are also countless choices to footwear now and isn't just slippers, sandals, and shoes. Now, we have boots, sneakers, trainers and the likes.



EXHIBIT
P-15

With such big changes in fashion over the years, I know how hard it is to come up with the perfect match for your sneakers and outfit, which is what today's guide is to help you with!

But as much as I love sneakers, I do not dare claim I'm a fashion guru myself.

So for this week's guide, I got my friend Jay to share with you guys some of the best tips when it comes to matching sneakers to your outfit.

Now, as far as I know him, Jay has been the go-to fashion guy among my friends. And just judging from the way he dresses, I'm confident you'll benefit greatly from his sneaker and outfit styling tips today.

Don't worry, you are in good hands!

So without further ado, here's Jay with his TOP 7 BEST TIPS when matching sneakers to your outfit.



Hi guys it's Jay here and I'm happy to be helping Nigel with this week's sneaker guide.

Being a fashion guru myself, I just hate it when I see people dressing all wrong.

So today, I'm going to put a stop to all that in this article by imbibing in everyone — sneakerheads or not — how to style outfits with sneakers, how to choose the best outfits with sneakers, and finally, what to wear with sneakers and what not to wear.

Here we go…

Let The Occasion Set The Tone For You
Sporting Events Demands Something Sporty
Simplicity Is King
Match Your Sneakers With The Right Pair Of Trousers
Know When To Match Socks With Sneakers
Don't Overshadow Your Sneakers
Traditional / Cultural Outfits With Sneakers Match
Final Words When Matching Sneakers To Your Outfit

## Let The Occasion Set The Tone For You



Well, if this is not important, then I do not know what is.

You are dressing up, not just to sit at home and take pictures.

When you wear sneakers, you are obviously dressing to go for an occasion. Therefore, your occasion should set the tone for you on how to style your outfit with the pair of sneakers.

For instance, if you are going to a mini birthday party and you decide to wear an extravagant pair of sneakers, you'll get to the party and discover you are the clown they have been waiting years for.

Simply put, simple occasions require something simple. We'll touch more on this later on…

On the other hand, if it's a wedding party and you put on a luxurious pair of sneakers, you'd blend in just fine and might just make the groom look bad.

*My favorite luxury sneakers are still the ones by Common Project. They just look so amazing and are relatively affordable compared to other luxury sneakers too!*

# Sporting Events Demands Something Sporty



Since we're at the topic of choosing the right sneaker for the right occasion, I just have to focus more on sporting events considering I'm a big fan myself.

When I go for sports events, I scan people a lot, and most of the time, I just end up getting disappointed.

Imagine seeing a pair of retro or luxury sneakers at a sports event, on the feet of someone partaking in the sporting activities. There is nothing more absurd!

Sports attract a lot of people, so when going for a sporting event, the best sneakers to wear are hands down lifestyle runners.

Trust me; you cannot go wrong with them. It works every single time and they make for the best outfit and sneakers match.

*Check out some of Honest Soles recommended Lifestyle Runners!*

# Simplicity Is King



Fundamentally, sneakers are designed not just to appear cute and exquisite, but also to be compliant, that is, to obey the tone of the wearer. Which means that anyhow you wear them, they will always come out cool, clean, and sweet.

However, whether they appear a good sneaker match with your outfit depends solely on you.

For a simple event or gathering, the last thing you want to do is combine a load of outfits with your sneakers.

Unfortunately, the mistake people make is combining a lot of outfits on a pair of sneakers, which not only creates an outfit-sneakers mismatch, but also sets the tone for a shouty appearance.

Hence, JUST THINK SIMPLE!

For the ladies, a short gown with a pair of sneakers makes for the best dress with sneakers. For the guys, you can just wear a simple basic or polo T-shirt, a nice pair of trousers with a pair of sneakers, and you're good to go.

Simple as that, and you still look amazing.

Of course, there are other more complicated styles to go for that works too. But keeping it simple is the easiest way when it comes to matching sneakers to your outfit.

*Recommended Reading: You'll also wanna make sure you keep your sneakers looking fresh! Check out the Honest Soles Ultimate Shoe Care Guide!*

# Match Your Sneakers With The Right Pair Of Trousers



Now that we mention trousers in the previous point, this is another important tip when matching sneakers with your outfit.

Regardless of where you're headed or what time of the year it is, there is always the right type of sneakers to rock with a particular type of trousers.

Unfortunately, people still find it easy wearing the right pair of sneakers with the wrong pair of trousers or wearing the right pair of trousers with the wrong pair of sneakers.

Either way, the main thing here to look out for is the **cuff width**.

Do not wear a trouser whose base is way wider than your sneakers, thereby concealing your sneakers and looking like a clown. Also, do not wear a trouser whose base is too tiny for your sneakers type.

Basically, make sure your trouser has the perfect base for your sneakers.

Straight leg trousers work amazingly with chunky sneakers. Here's an example for you!

As for sneakers that hug your feet, you should wear a slim-fit trouser or use pinroll like the example here!

This would go a very long way in telling people how fashionable you are and also giving you the best outfit and sneakers match.

# Know When To Match Socks With Sneakers



Should you wear socks with your sneakers?

Unfortunately, many of us are on this table when it comes to deciding whether or not to match socks with sneakers.

Even though I still cannot pin my head around the source of the belief that one must always wear socks with sneakers, it has come to be a general consensus amongst most sneakerheads that a pair of socks is needed to complete your outfit.

But what many fail to grasp is that there are some sneakers yearning for socks to compliment them, while there are several others that simply don't style up well with socks.

Besides, it actually is **not compulsory** to wear socks with your sneakers all the time

But if you decide to wear one, then you need to make sure that your taste and sense for color is at the level required, as the right pair of socks must match your outfit and sneakers.

Or else, it would be a huge disaster.

By and large, it is not always mandatory to wear socks with every sneaker you've got, but if you can wear it correctly, you would add an extra touch of finesse to your dressing, giving you the best outfit with sneakers match.

My favorite socks are from Stance as they not only offer amazing designs but are really comfortable to the feet too! You can check some of the designs here...

# Don't Overshadow Your Sneakers



Just like choosing the perfect socks, you should know the perfect shirt or trousers with your sneakers so you bring out the best in your sneakers, and not overshadow them.

This point applies specifically when you are **wearing sneakers that have extravagant colorways or designs**. These sneakers are made to stand out and catch people's eye, so don't go doing the opposite.

The easiest way to avoid this is to stick to duller colors and simple designs. You'll definitely want to avoid outfits with extensive graphics and bright appealing colors.

It is only after you do this can you begin to bring out the best in your sneakers, and achieve the perfect sneaker outfit match.

## Traditional / Cultural Outfits With Sneakers Match



Before we begin on this point, should we even wear such outfits with sneakers? Is it fashionable?

This is a big question that has puzzled the mind of several people for the number of decades that sneakers have been in existence.

Well, in my opinion, after a couple of research and a lot of thinking, I think you actually can if you can rock it perfectly.

This is where the issue comes in.

Not everyone can rock it.

Rocking it depends on the kind of person, their body frame, and oh well, their swag. By swag, I mean the way you carry yourself.

The best tip I can give here is complementing them well. Most traditional or cultural outfits have extravagant designs so I would recommend going with a simple clean sneaker that isn't too flashy.

Opposite to the point on overshadowing your sneakers, here you want to bring out the best in your clothing so keep your sneakers really simple.

To help you further, I would recommend googling for images of people who have rocked native or traditional attires with sneakers. Then copy their style and try it on.

If it works for you, Bingo! But if it does not, then just ignore it and look for other outfits to combine with your sneakers. After all, fashion sometimes can be a combination of imperfect outfits to make the perfect match.

## Final Words When Matching Sneakers To Your Outfit



Conclusively, you should know that the way you dress says a whole lot about you and the kind of person you are.

That wise saying, "The way you dress is the way you will be addressed" is nothing short of perfection.

If you dress like a rockstar, you'll be given credit and addressed as such. If you dress like you are coming to steal the spotlight, you'll also be given credit and addressed as such!

But if you decide to dress shabbily or haphazardly, you would be given credit for making a mockery of fashion.

Like I said earlier, sneakers are an integral part dressing. So if you really love sneakers, be sure to know how to wear them appropriately, so you get the credit you deserve, and probably be the next fashion icon among your friends.

I'm Jay, thank's for reading and peace.

And that concludes our sneaker guide for this week!

Greatly appreciate Jay for sharing with us his tips on matching sneakers to your outfit today!

I hope you've benefited from today's sneaker guide in one way or another, and if you do remember to share it around!

As usual, lets share the sneaker passion from one sole to another…

It's Nigel here and I'll see you soon!

Recommended Reading: Check out some of the BEST GIFTS you can get for sneaker lovers RIGHT NOW!

Disclosure: some of the links within the article are affiliate links, meaning that I may earn a commission when you purchase through them, without adding any additional cost to you. This does not affect my review/judgement in any way and I only share my most sincere and professional views when reviewing products to help you make the best choice in your purchases.

Share     Tweet     | 2 |

**You may also like:**







Adidas Continental 80 - HONEST Sneaker Review

15 BEST Gifts For Sneakerheads (IN 2020!)

TOP 5 BEST Adidas Shoes You Can Buy RIGHT NOW

In "Reviews"

In "Blog"

In "Blog"

Copyright © 2020 · Genesis Sample on Genesis Framework · WordPress · Log in

 sneaker_addict._ • Follow ⋯



   

🔖

**21 likes**

**sneaker_addict._** #Jordan #jordan1 #jordanretro1 #fit #outfit #sneaker #nike #nike #sneakers #trainers #girlsonkicks #hypebae #sneakermatch #nicekicks #kicksonfire #sneakeraddict #trainersddict #sneakerhead #sneakercollection #trainercollection #size5.5 #size6 #explorepage

**c.p.meredith** Love these!! Such a great pair! ••    ♡

   **sneaker_addict._** @c.p.meredith   ♡



EXHIBIT
P-16



42 likes

**makobi.usa** Makobi Static Jacquard Tee on the New Arrivals. Which Shoe would you match with each piece? 

#makobiusa #makobijeansusa #bigandtall #bigandtallfashion #hypetee #urbanwear #firetee #newarrivals #streetwear #streetstyle #driptoohard #majordrip #drip #sneakermatch #airjordan



tabbies®
EXHIBIT
P-17





**Crazy**
Chill Will

**Migos**

Since the early part of the scene in 2015, Migos has churned out a slurry of hits.

▶ WATCH THE STORY

Ask us a question about this song

Sign Up to Start Annotating

⊙ 7 viewing    🔖 7 CONTRIBUTIONS

[Hook – Chill Will]
Shet match the belt match the shoes, that's crazy
Dumping scuh ashes on the floor, I'm sexy
Sipping on the lean, got me looking kind of crazy
Nigga talking down but it really don't faze me
Imma hit her quick before she start acting crazy
Rims on the tires got my car driving crazy
Ice around my neck got your girl looking crazy
Chilling with some chicks screaming fuck you, pay me

[Verse 1 – Chill Will]
Half a million dollars worth of twenties, that's crazy
20 squares on the back seat, I'm crazy
Riding down 20, never see the speed limit nigga
No this ain't a gimmick, quarter million for my image nigga
Pausing for the fans on my way, that's crazy
Designer frames hanging off my face, I'm shady
Shawty got an ass on her and it's crazy
But she say she got an old man and he crazy
I'm moving the white girl, I'm driving Mrs. Daisy
Nigga play with me, he goin be pushing on daisies



Nigga play with me, he gon' be pushing on daisies
I'm tryna fuck today, girl I'm kinda impatient
But if she say she love me imma drive that bitch crazy

[Hook]

Add to Google

Send feedback

[Verse 2 – Takeoff]
Shades, they matching the shirt
The shirt, it's matching my shoes
Let's got out my jewels
Water my diamonds ain't talking bout pool
Robin my denim, religion's true
Versace, Medusa, your face is fool
I got the hook up like I'm black and blue
Sick with the wrist, like I got the flu

"CRAZY" TRACK INFO

Written By    Chill Will, Takeoff & Quavo

Release Date    April 20, 2014

MUSIC VIDEO



 Streets on Lock 3 (2014)
Migos & Rich the Kid

1.  Why You Mad          15.  Phone Line
2.  Who The Hell         16.  Switch-A-Roo
3.  Famous              17.  Facts
4.  You A Fool          18.  Plug Talk
5.  Fuck Gone Missing   19.  Charlotte
6.  Trap                20.  Came In
7.  In Too Deep         21.  Pussy Ass Bitch
8.  Rich Nigga Shit     (Freestyle)
    (Remix)            22.  Forest
9.  Fucked Up The       23.  Make It Work
    Kitchen            (Remix)
10. Dr Dolittle        24.  How Fast Can You
11. Made It (Streets On     Count It?
    Lock 3)           ::  Crzy
17. Finding Rich       26.  Jumpin Like Jordan

Sick with the wrist, like I got the flu
Red bottom my shoe, but I ain't Fins
Calling up Chill, we taking them trips
To Beverly Hills to pick up them H's
Fuck your main bitch and I put her on film
Yao Ming bricks, oftentoke at the gym
Selling that white got me M&Ms
OG gas bag in the MCM
Keep the big drank, keep FaNs
Bad ass bitch, she come from Berlin
What's crazy, I came a long way from Old Navy
Versace, Versace, we made it
Mama she told me that we gon be hated and we gon be famous
And that we the greatest
The shades is matching the belt, the belt is matching the shoes
They tell me it's crazy, I know that they hate it
I pull up Mercedes, I just left the bando from whipping the babies
(That's Crazy)

[Hook]

[Verse 3 – Quavo]
Young rich nigga so you know my pocket crazy

Aww Google

Send feedback

Lock 3)
12. Really Rich
13. Stand
14. 3 Pics

25  Cruzy
26. Jumpin Like Jordan
(KickBaxx x Risk
Tam Remix)

Young rich nigga, so you know my pocket crazy

Me and Chill Will man, we go crazy with them babies

I look in my pocket I'm seeing them Benjamin Franklins

I'm taking your bitch, smash, smash, smash!

While you out there buying her jackets

Riding with 6 niggas, 6 pistols, get your issue

Blowing on green like a whistle, put the scope on these fuck

niggas

Which way did he go, trap in the rain sleet or snow, the reds ain't

ever gon know

I got the dope, crazy remix it with soap, crazy remix it with soap

I keep the white like the pope, your bitch she cooking the coke

They wrap it and pack it, I pack it and ship it

My dope is so crazy, my dope is exquisite

I'm teaching you lessons so listen

Your bitch ought to stay in the kitchen

Beat the pots and the pans and the dishes

I'm a chemist (That's crazy)

[Hook]



Should Stealing Flows Matter In Hip-Hop?

How Migos & Drake's "Walk It Talk It" Pays Homage
To 'Soul Train'

How Gucci Mane's "I Get The Bag' & Migos'
"Slippery" Are Basically The Same Song

Search lyrics & more



## Attention
### Rich Brian

Attention (2018)
Produced by Josh Pavetz, Culturato, CG & 1
more
Album Amen

⊕ ♥ 💬   ▶ 📥 📺 ⇄

⚠ This song has is unreviewed

🎵 snapped that ...

The song is about success and the attempt that it
brings. He begins with referring to his last Sick
which shot him to success. He may not be used to
this much attention, but it is there to stay and it's
boys have his back.

✎ Improve   • +19   7                    • Follow

Ask us a question about this song

Ask a question

⊙ 1 viewing                    ♔ 33 CONTRIBUTORS
⊙ 19,359 views                 ◇ Track Bio

**"ATTENTION" TRACK INFO**

Written By          Honey, Josh Pavetz ... & 4 more
Copyrights ⓒ        culturato, Rich Bri...
Phonographic        Rich Bri, culturato
Copyright ⓟ
Distributor         Empire, Warner...

[Chorus: Rich Brian]
Pull a mill in a day, ain't even have the goddamn bill
On your pill, everyday I just be sippin' Chamomile
Mess appeal, everybody show up cause they know I'm here
Every week, I be on the face, she think it's Cetaphil
Up in my business, pull up in my bitch crib
I got people locked and loaded like they trained for ISIS
Askin' for forgiveness, I never said you have it
Pullin' all these dimes like, do you really want attention?

[Verse 1: Rich Brian]
Photo shoot the second I go out
Catch me chillin' with Offset in a luau
You gotta give a resume so I can see what you're about
Fuck your Snapchat, fuck your camera
I need space like astronaut
Please don't make me pull up on you
Like Tom Sawyer, like to get right to the point
And my sneakers match my sweater, I got hella sauce like soy
Like my dad, I'm the man, don't wanna see me mad

🔊 Attention—last ON:    ▼    0:00 ●        2:51    ♪♫ Music



EXHIBIT
2.18



And my sneakers match my sweater, I got Pepsi sauce like soy
Like my dad, I in the man, don't wanna see me mad
What you doin'? Is you lost? Go ahead and call a cab, ayy
Yesterday my mother called me, she told me that she be worried
Bout my food and what I eatin', I tell her it's oatmeal
D usse when I got no pains ssplin' on it after dinner
You say you hang with the man, I see him when I'm in the mirror

[Chorus: Rich Brian]
Pull a mil' in a day, ain't even have the goddamn bill
On your pill, everyday I just be sippin' Chamomile
Mass appeal, everybody show up 'cause they know I'm here
Everyweek, I be on the face, she think it's Cetaphil
Up in my business, pull up in my bitch crib
I got people looked and loaded like they trained for ISIS
Askin' for forgiveness, I never said you'll have it
Pullin' all these guns, but do you really want attention?

[Verse 2: Offset]
When I pulled up in that drop top, Forzaworth (hey)
Diamonds on my wrist got her attention (hey)
I heard your main bitch, she got me in her mentions (hey)
I am a Martian, I am not from this dimension (no)
All of this water drippin' on my Paddy, like I rinsed it (drip)
Fuck on your daughter, I won't test a bet, she in detention
Drip drop, Gucci socks, bought my bitch Givenchy (hey)
Your tick tock, Rolex watch, plain Jane, keepin' it simple (plain)
Young rich nigga, in the trap with rich niggas
Ain't payin' for a bitch nigga, choppa' trip nigga (skrrt)
Oh my way up to eight figures, I don't need nigga
No police, my neck on freeze, my dog breed kills

[Chorus: Rich Brian]
Pull a mil' in a day, ain't even have the goddamn bill

MUSIC VIDEO



ATTE▶ΓION

February 2, 2018

Amen (2018)
Rich Brian

1.  Amen         8.  Flight
2.  Cool         9.  See Me
3.  Occupied     10. Enemies
4.  Introvert    11. Kitty
5.               12. Little Prince
6.  Glow Like Dat 13. Chaos
7.  Trespass     14. Arizona

NBA 2K19 Soundtrack (2018)
2K Sports

https://genius.com/Rich-brian-attention-lyrics

[Chorus: Rich Brian]
Pull a riff in a day, ain't even have the goddamn bill
On your pill, everyday I just be sippin' Chamomile
Mass appeal, everybody show up 'cause they know I'm here
Every week, I be on the face, she think it's Cetaphil
Up in my business, I be on my birch crib
I got people locked and loaded like they trained for ISIS
Askin' for forgiveness, I never said you I have it
Pullin' all these guns, but do you really want attention?

    

The Heartbreak Behind Rich Chigga's 'Glow Like Dat'

Rich Brian Breaks Down 'Amen' On Genius' Video Series 'Verified'

Rich Brian Breaks Down "Cold" On Genius' Video Series 'Verified'

Rich Brian Embraces The Pressure Of Representing Asian Culture On 'Amen'



https://genius.com/Rich-brian-attention-lyrics

M3SI
Man that chorus got me rockin

👍 +45 💬

Lucca Leonard
lmao Offset sounded a bit like 21 Savage at the end of his verse

👍 +29 💬

DockedBook
"Young rich nigga, in the trap with rich choppa" Sounds soo much better lol.

👍 +24 💬

CandyCoughReign
Offset on the verse like



👍 +24 💬

brotherlea
GOD! I HAVE REPLAYED THIS TEASER SO MANY TIMES CAN'T WAIT FOR TOMORROW 😍😍😍



BOOTON®

HOME  HATS  SNEAKER MATCHES

OUR STORY    HATS    BOOTON    APPAREL    ACCESSORIES    BLOG          LOGIN    CART: $0.00

My Account    shipping & returns    term & conditions    sign up for enewsletter    FAQ

BROWSE

ACCESSORIES
APPAREL
BOOTON
HATS
BEANIE
BUCKET
CARTOON
CUSTOMIZE HAT
DAD HAT
FITTED
MLB FITTED
MINOR LEAGUE
NEW ERA FITTED

Showing 1–12 of 179 results          Default sorting

HATS

BUFFALO SABRES
adjustable NHL NEW ERA
9Fifty snapback Hat with
2tone color

$30.00

HATS

CHICAGO BULLS classic
NBA mitchell & ness
snapback with suede purple
& gray pattern hat

$32.00

OUT OF STOCK

HATS

CHICAGO WHITE SOX
New era MLB team 9Fifty
black Fitted Hat with plaid
black / gray color

$36.00

OUT OF STOCK

SNAPBACK

CHICAGO WHITE SOX
9Fifty MLB snapback Hat
Match Nike Jordan infrared
6s

$30.00

MITCHELL & NESS SNAPBACK

MITCHELL & NESS SNAPBACK

EXHIBIT
P-19



MITCHELL & NESS FITTED

NEW ERA FITTED

NCAA FITTED

NFL FITTED

MITCHELL & NESS FITTED

NEW ERA FITTED

NHL FITTED

MITCHELL & NESS FITTED

NEW ERA FITTED

KIDS HAT

SNAPBACK

MLB SNAPBACK

NEW ERA SNAPBACK

NBA SNAPBACK

ADIDAS SNAPBACK

MITCHELL & NESS SNAPBACK

NEW ERA SNAPBACK

MITCHELL & NESS SNAPBACK
Mitchell & Ness Brooklyn
Nets Snapback Hat Air
Jordan Retro 11 Low White
Red Cap
$29.99

MITCHELL & NESS SNAPBACK
Mitchell & Ness Brooklyn
Nets Snapback Hat Air
Jordan Retro 13 History of
Flight
$29.99

MITCHELL & NESS SNAPBACK
Mitchell & Ness Brooklyn
Nets Snapback Hat Air
Jordan Retro 13 White Red
Cap
$29.99

MITCHELL & NESS SNAPBACK
Mitchell & Ness Brooklyn
Nets Snapback Hat Air
Jordan Retro 6 Varsity Red
Cap
$29.99

1  2  3  4  …  13  14  15  ›



BROUSE

ACCESSORIES
APPAREL
BOOTON
HATS
BEANIE
BUCKET
CARTOON
CUSTOMIZE HAT
DAD HAT
FITTED
MLB FITTED
MINOR LEAGUE
NEW ERA FITTED
WORLD SERIES
PATCH FITTED

OUR STORY    HATS ⌄    BOOTON ⌄    APPAREL ⌄    ACCESSORIES ⌄    BLOG

LOGIN    CART $0.00

HOME / HATS / DAD HAT

Dope Embroidered Dad
Hat Black Custom Daddy
Cap Match Air
Foamposite One Copper

$23.95

ADD TO CART    − 1 +

Categories: DAD HAT, sneaker matches
Tags: curved brim, custom hat, Strap, Closure

EXHIBIT
7-06

⌕ Type here to search    6:07 PM 12/21/2020

sneaker matches — booton          Dope Embroidered Dad Hat Bla     Dope Embroidered Dad Hat Bla

C    https://www.bootonclub.com/index.php/product/dope-embroidered-dad-hat-black-custom-daddy-cap-match-air-foamposite-one-copper/

Type here to search



BOOTON

Q    OUR STORY    HATS ∨    BOOTON ∨    APPAREL ∨    ACCESSORIES ∨    BLOG          LOGIN    CART $0.00    0

MITCHELL & NESS
FITTED

NEWERA FITTED

KID'S HAT

SNAPBACK

MLB SNAPBACK

NEWERA SNAPBACK

NBA SNAPBACK

ADIDAS SNAPBACK

MITCHELL & NESS
SNAPBACK

NEWERA SNAPBACK

NCAA SNAPBACK

NFL SNAPBACK

NEWERA SNAPBACK

NFL MITCHELL & NESS
SNAPBACK

NHL SNAPBACK

MITCHELL & NESS

## RELATED PRODUCTS

DAD HAT

New Era NBA Chicago Bulls
Black 9Fourty Adjustable
strapback Cap Dad Daddy
Hat

$24.95

DAD HAT

Mitchell & Ness Chicago
Bulls snapback Dad Hat
1991 Match Air Jordan 6
Retro Cap

$28.95

DAD HAT

New Era Philadelphia
Phillies 9twenty Adjustable
strapback Dad Daddy
Woman Hat

$24.95

DAD HAT

New Era Pittsburgh Pirates
9twenty Adjustable
strapback Cap Dad Daddy
Woman Hat

$24.95

607 PM
12/21/2020



BOOTON

OUR STORY   HATS ∨   BOOTON ∨   APPAREL ∨   ACCESSORIES   BLOG     LOGIN    CART $0.00   0

NEWERA SNAPBACK

NBA SNAPBACK

ADIDAS SNAPBACK

MITCHELL & NESS
SNAPBACK

NEWERA SNAPBACK

NCAA SNAPBACK

NFL SNAPBACK

NEWERA SNAPBACK

NFL MITCHELL & NESS
SNAPBACK

NHL SNAPBACK

MITCHELL & NESS
SNAPBACK

NEWERA SNAPBACK

SNEAKER MATCHES

DAD HAT

New Era NBA Chicago Bulls
Black 9Fourty Adjustable
Strapback Cap Dad Daddy
Hat

$24.95

DAD HAT

Mitchell & Ness Chicago
Bulls snapback Dad Hat
1991 Match Air Jordan 6
Retro Cap

$28.95

DAD HAT

New Era Philadelphia
Phillies 9twenty Adjustable
Strapback Dad Daddy
Woman Hat

$24.95

DAD HAT

New Era Pittsburgh Pirates
9twenty Adjustable
Strapback Cap Dad Daddy
Woman Hat

$24.95

FAQ   PRIVACY POLICY   TERM & CONDITIONS   SIZE CHART

Copyright 2017 bootonclub.com

https://www.capswag.com/pages/match-your-jordans

Q Search    Currency USD ▼

Log in    Create account    🛒 0 Cart

MATCH YOUR SNEAKERS    PRODUCTS    BRANDS    NFL    MLB    NBA    NHL    COLLEGE    BLANKS    CUSTOM APPAREL    SALE



# MATCH YOUR JORDANS

🐦 f 📷 t 📷 🔔



Shop the latest in Jordan sneaker matching clothing. Match your Jordans with sneaker matching apparel and sneaker outfits from this section. Find a variety of iconic Jordan color ways and Jordan sneaker silhouettes in this section. Find shirts to match Jordans, hats to match Jordans and more



EXHIBIT
P-01

⭐⭐⭐⭐⭐
Google
Customer Reviews

6:12 PM
12/21/2020



# MATCH EVERY PAIR

To start, click the banner above to view all Jordan sneaker matching clothing available or click a sneaker below to narrow your search by silhouette.





## SHOP CAP SWAG

Podcast
FAQs
New Releases
Reviews
Blog

## CUSTOMER SERVICE

Career Opportunities
Contact Us
Locations
COVID-19 Statement
Terms and Conditions
Returns
Cancellations
Made To Order Products

Accepted Payments

## GET IN TOUCH

support@capswag.com

(888) 322-7794

Absecon, New Jersey

capswag.com
★★★★★

Google
Customer Reviews
★★★★★