UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SNEAKER MATCH, LLC** an Arizona Limited Liability Company | : : : |
| Plaintiff, | : : |
| v. | Case No.: 1:20-cv-06563 : : |
| **JOHN DOES 1-10** | **Honorable Mary M. Rowland** : : **Magistrate Judge Heather K. McShain** |
| Defendants. | : : |
| v. | : : |
| **AO INDUSTRIES, LLC** | : : |
| Defendant. | : |

## **ORDER**

This Court held a telephonic hearing on December 22, 2020 with counsel for Plaintiff and Defendant AO Industries, LLC ("AO Industries" or "Defendant"). The Court enters the following Order for relief:

1. IT IS ORDERED that the Preliminary Injunction entered on December 3, 2020 shall be lifted in its entirety as to Defendant AO Industries' named Aliases FreshMatchTees and truthorclothing.com;

2. IT IS FURTHER ORDERED that on or before December 23, 2020, Plaintiff Sneaker Match shall take reasonable efforts to effect the transfer and return of the ownership and control of the following domains and online marketplace accounts to their prior registrants by taking the following actions:

    a. Notify the domain name registrar, GoDaddy Operating Company LLC ("GoDaddy"), that it shall immediately transfer ownership of the domain name, www.truthorclothing.com, back to the registrar account of the original registrant associated with this domain, Austina Giamber and Human Light Industries, LLC; and provide Plaintiff's contact at GoDaddy with a copy of this Order on the same day that it is entered.

    b. Notify the online marketplace seller, Etsy, Inc. ("Etsy") that it shall immediately unlock the Etsy shop, www.etsy.com/shop/freshmatchtees, and restore access thereto to the original registrant associated with this shop, AO Industries, LLC (owned by Austina Giamber); and provide Plaintiff's contact at Etsy with a copy of this Order on the same day that it is entered;

    c. Notify PayPal, Inc. ("PayPal") that it shall immediately unfreeze the assets of the PayPal accounts associated with www.truthorclothing.com and www.etsy.com/shop/freshmatchtees; and provide the Plaintiff's contact at PayPal with a copy of this Order on the same day that it is entered.

3. IT IS FURTHER ORDERED that the domain name registrars, including but not limited to, GoDaddy Operating Company LLC ("GoDaddy") shall within two (2) business days of receipt of this Order take any steps necessary to immediately transfer the domain name, www.truthorclothing.com, to the registrar account of the original registrant associated with this domain, Austina Giamber and Human Light Industries, LLC (owned by Austina Giamber).

4. IT IS FURTHER ORDERED that Etsy shall within two (2) business days of receipt of this Order take any steps necessary to immediately unlock and transfer ownership of the Etsy shop, www.etsy.com/shop/freshmatchtees, back to the original registrant associated with this shop, AO Industries, LLC (owned by Austina Giamber).

5. IT IS FURTHER ORDERED that PayPal shall within two (2) business days of receipt of this Order take any steps necessary to immediately unfreeze the assets of the PayPal accounts associated with www.truthorclothing.com and www.etsy.com/shop/freshmatchtees and to allow the owner of these accounts, AO Industries, LLC (owned by Austina Giamber), to utilize the accounts and associated funds.

6. IT IS FURTHER ORDERED that Plaintiff Sneaker Match, LLC shall take all reasonable steps to immediately restore any known advertisements used by or associated with Defendant Aliases truthorclothing.com and the Etsy Shop FreshMatchTees that were shut down in accordance with the Preliminary Injunction Order issued by this Court.

7. IT IS FURTHER ORDERED that Plaintiff Sneaker Match, LLC shall be prohibited from taking any further action to enforce the Preliminary Injunction Order as to Defendant AO Industries, LLC or its affiliates, officers, agents, servants, employees, attorneys, aliases, or the associated domains, online marketplace accounts, social media accounts (e.g. Facebook and Instagram), and linked financial accounts that are owed, associated, or controlled by Defendant AO Industries, LLC provided that Defendant has provided Plaintiff notice that such aliases or related parties are associated with or controlled by Defendant AO Industries, LLC.

THIS COURT defers ruling on any further issues raised by Defendant's Petition to Dissolve and Terminate the Preliminary Injunction as to AO Industries until after finalization of the above ordered briefing schedule and an oral hearing should the Court order it.

Dated: December 23, 2020                             IT IS SO ORDERED

                                                       _____

                                                       HON. Mary M. Rowland